# Exhibit A

This case has been designated as an efiling case, for more information please visit www.oakgov.com/efiling.

Approved, SCAO | Original - Court | 1st copy - Defendant | 2nd copy - Plaintiff | 3rd copy - Return

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| JUDICIAL DISTRICT<br>6th JUDICIAL CIRCUIT<br>COUNTY | **SUMMONS** | 2025-219261-CZ |

Court address
1200 N. Telegraph Road, Pontiac, MI 48341

Court telephone number
248-858-0582

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| STEVEN J. REZNIK<br><br>c/o Plaintiff's Attorney | v | BANK OF AMERICA<br>48050 Grand River Ave.<br>Novi, MI 48374(248) 449-2842 |
| Plaintiff's attorney bar number, address, and telephone number<br>Phillip A. Greenblatt (P54170)<br>Attorney For Plaintiff<br>P.O. Box 4270<br>Southfield, MI 48037<br>(248) 227-7350 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ______________________ Court, where it was given case number ______________ and assigned to Judge ______________________.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 1/14/2026 | 04/15/2026 | Lisa Brown |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

FILED Received for Filing Oakland County Clerk 11/26/2025 3:50 PM

**STATE OF MICHIGAN**
**OAKLAND COUNTY CIRCUIT COURT**

STEVEN J. REZNIK,

Plaintiffs,

Case No. 2025-219261-CZ
Hon. JUDGE NANCI J. GRANT

v.

BANK OF AMERICA,

Defendant.
_______________________________/

PHILLIP A. GREENBLATT, PLLC
Phillip A. Greenblatt (P54170)
Attorney For Plaintiff
P.O. Box 4270
Southfield, MI 48037
(248) 227-7350
phil@phillipagreenblattpllc.com
_______________________________/

There is no other pending or resolved civil action arising out of the transaction or occurrence as alleged in the complaint.

**COMPLAINT**

NOW COMES the Plaintiff, Steven J. Reznik, by and through Plaintiff's attorney, Phillip A. Greenblatt, PLLC, and for Plaintiff's Complaint, states as follows:

**General Allegations**

1. That Defendant, Bank of America ("Bank") is a financial institution that conducts business and maintains offices in Oakland County, Michigan where Plaintiff's banks accounts were opened.

2. That Plaintiff, Steven J. Reznik ("Victim"), holder of accounts established at Bank lives in Oakland County, Michigan. (Exhibit 1 – Deposit Agreement and Disclosures).

3. That the Court has jurisdiction by reason of the parties' presence and subject matter claims in Oakland County, Michigan.

4. That the amount in controversy exceeds $25,000.00 exclusive of interest.

5. That the Complaint seeks declaratory relief, equitable relief, and monetary damages.

## Specific Allegations

6. Plaintiff incorporates by reference and adopts as if fully set forth herein allegation Nos. 1 through 5 of the Plaintiff's Complaint.

7. Victim's banking transaction history within Bank's possession demonstrates a consistent and routine patten of deposits and occasional nominal withdrawals consistent with ordinary every day budgetary expenses establishing a course of conduct and predictability as a marker for identifying suspicious and/or fraudulent activity for internal hold placement to freeze account activity.

8. Victim has a reasonable expectation that Bank would employ operational protocols to flag, identify, warn, and protect Victim from unusual account activity inconsistent with past transaction history as a marker of perceived fraudulent activity.

9. Victim's banking transaction history within Bank's possession established that victim never accessed a single large-scale withdrawal from his bank accounts prior to a rapid succession of consecutive large-scale withdrawals without any cautionary safeguards by Bank to pause the activity to ensure the absence of fraudulent activity in approving the highly unusual activity.

10. Victim was fraudulently contacted by an individual named "Albert" claiming to be a Bank fraud department official representing that Victim's bank accounts were the subject of an "internal investigation" and demanded that Victim withdraw his account funds and transfer the funds to the perpetrator for safe keeping until such time as the investigation could be concluded in order to place the funds back into his accounts.

11. On January 13, 2025, Victim initiated a "teller assisted" cash withdrawal of $30,000.00 through Bank's ATM and transferred funds to fraud perpetrator recipient through Bank's ATM. (Exhibit 2 – BOA Account Holder Bank Statement for Period January 8, 2025 to February 4, 2025).

12. On January 14, 2025, Victim initiated a "teller assisted" cashier's check withdrawal of $112,000.00. (See, Exhibit 2).

13. On January 16, 2025, Victim initiated a "teller assisted" cashier's check withdrawal of $58,700.00. (See, Exhibit 2).

14. On January 16, 2025, Victim initiated a "teller assisted" cash withdrawal of $45,000.00 through Bank's ATM and transferred funds to fraud perpetrator recipient through Bank's ATM. (See, Exhibit 2).

15. Bank never questioned the suspicious activity to place a hold on the account and Bank employee even told Victim to "come back or go to another branch to obtain more cash since 'they were out.'"

16. After Victim performed the directed activity, he then received a call from Albert who began to laugh and stated that he was "scammed."

17. Victim has undertaken extraordinary efforts to cooperate and to bring the criminal perpetrator to justice including having timely filed a complaint with Bank on January 20, 2025, January 28, 2025 and March 4, 2025 along with submitted a Victims SCAM Victim Acknowledgment (See Fn 1) dated March 24, 2024, a Rebuttal Letter to Bank of America dated March 31, 2025 and on June 23, 2025. Bank had opened a series of internal claims including Claim Number 20JAN2025-985172, 28JAN2025-995606, and 04MAR2025-142981 but denied

the claim multiple times including in written form on March 4, 2025 and on April 30, 2025. (Exhibit 3 – Claims, Document Submissions, and Bank Claim Denials)[1].

18. On January 20, 2025, Victim filed a police report with the City of Wixom, Officer A. Spring and Sargent Caldwell and identified as Report No. 25-1271. (Exhibit 4 – Filing of Police Report).

19. On January 28, 2025, Victim filed with the Federal Bureau of Investigation ("FBI") an Internet Crime Complaint ("IC3"). (Exhibit 5 – FBI, IC3 Complaint).

20. On January 30, 2025, Victim filed a Federal Trade Commission ("FTC") complaint. (Exhibit 6 – FTC Complaint).

21. Bank has failed to exercise a duty of ordinary and reasonable care to protect Victim.

22. Bank has failed to exercise due diligence to protect Victim.

23. Bank's failure to properly investigate has caused damages to Victim.

24. Bank's conduct is inconsistent with the Uniform Commercial Code causing damages to Victim.

25. Bank has failed to exercise a covenant of good faith and fair dealing causing damages to Victim.

26. Bank has failed to exercise banking practices consistent with the Michigan Banking Code causing damages to Victim.

---

[1] The irony of Banks's denial is that Bank admittedly provided "teller assistance" in each instance of fraud but failed to employ a safeguard to prevent or stop the fraudulent transactions then proceeded to whitewash its failure by requiring Victim to execute a "Bank drafted Scam Victim Acknowledgment" containing a series of statements shifting liability to Victim including Victim's waiver of Bank liability stating in part, "Bank complied with the Client's instructions to conduct the transactions" and Bank's "Recovery Effort is a voluntary accommodation and is not an admission of any liability by the Bank" and then proceeded to deny Victim's claim with Bank stating, "By signing the Acknowledgment, you agreed that the transactions were authorized and understood that Bank made no guarantee of recovery." See, Exhibit 3 - SCAM Victim Acknowledgment dated March 25, 2025 and Bank denial letter dated April 30, 2025.

27. Bank has failed to exercise banking practices consistent with the Electronic Funds Transfer Act causing damages to Victim.

28. Bank has breached a duty owed to Victim as a bank account holder under the deposit holder account agreement causing damages to Victim.

29. Despite Victim's diligent efforts to assist bank in pursuing the perpetrator, Bank has refused to render Victim whole as a victim of the unlawful conduct.

30. Bank knows the identity of the criminal perpetrator of the fraud because Bank has identified the criminal perpetrator as a Bank of America account holder with Bank Account Numbers ending in 1047 and 1378.

31. Bank nullified both Cashier Checks in the amount of $112,000.00 and $58,700.00 but refuses to recover Bank Victim's outstanding funds of $30,000.00 and $45,000.00 known by Bank to have been transferred using Bank's ATM to the Bank's known criminal account holder, Bank refuses to prosecute it's criminal account holder, and Bank refuses to disclose the full identify and location of its account holder known by Bank to have used the instrumentalities of the Bank in perpetrating a felonious financial crime.

32. Victim has sustained damages in the amount of $75,000.00 and the Bank's failure to act and assist the Victim in the full recovery of the proceeds known by Bank to have occurred by another Bank account holder constitutes Bank's aiding in the concealment of converted property knowing the property to have been converted allowing for Victim's recovery against Bank of 3 times the amount of actual damages sustained, plus costs and reasonable attorney fees.

**COUNT I**

**BREACH OF CONTRACT**

33. Plaintiff incorporates by reference and adopts as if fully set forth herein the

allegations set forth in Paragraph Nos. 1-32 of the Plaintiff's Complaint.

34. Bank offered Victim to enter into a "Deposit Account Agreement ('DAA')" for a personal bank account.

35. Bank's DAA included a provision concerning "Processing and Posting Orders ('PPO')" stating that "Posting transactions to your account impacts your account balance. . . . Holds include authorization holds for transactions we have authorized, but not yet posted to your account, such as for debit card transactions, cash withdrawals at an ATM or financial center. Debits include withdrawals, transfers, payments, checks, non-recurring and recurring debit card transactions. . . . you agree that we may credit, authorize, accept, pay, decline, or return credits, debits, and holds in any order at our option." Posting Orders include" "Non-recurring and recurring debit card transactions; withdrawals made at our tellers and ATM's; one-time transfers made at ATM's, through our tellers, by telephone, and through Online and Mobile Banking; checks that you wrote and cashed by our tellers; and, wire transfers." (See Exhibit 1, Pg 21-22).

36. Bank's DAA included a provision in the DAA concerning "Large Cash Withdrawals ('LCW')" stating that "We may also refuse to honor a request to withdraw funds in cash from your account at a financial center if we believe that the amount is unreasonably high or that honoring the request would cause us an undue hardship." (See Exhibit 1, Pg 33).

37. Bank's DAA included a provision in the DAA concerning "General Liability" stating that "We are responsible for exercising ordinary care and complying with this Agreement. Any provision of this agreement that limits our liability does not change our duty to act in good faith and with ordinary care." (See Exhibit 1, Pg 47).

38. That Plaintiff accepted Defendant's offer.

39. That in consideration of the mutual execution of the Contract, Plaintiff to its

detriment performed as agreed with respect to payment and for which Defendant benefitted by Plaintiff's performance.

40. That Defendant failed to honor the terms and conditions of the agreement triggering a default and breach of contract.

41. That Defendant's breach of contract for its respective non-performance is the direct and proximate cause of damages that the Plaintiff has in fact sustained in the amount of no less than $75,000.00 along with recoverable attorney fees and costs incurred as a result of the Defendant's breach and other wrongful conduct elaborated in the Plaintiff's Complaint.

## COUNT II

## BANK'S BREACH OF ORDINARY CARE, FAILURE TO INVESTIGATE, DUE DILIGENCE, GOOD FAITH AND FAIR DEALING, AND WARRANTY UNDER MICHIGAN'S UNIFORM COMMERCIAL CODE

42. Plaintiff incorporates by reference and adopts as if fully set forth herein the allegations set forth in Paragraph Nos. 1-41 of the Plaintiff's Complaint.

43. Michigan law under the Uniform Commercial Code provides obligations on Bank enumerated by statutory definitions pursuant to MCL 440.1201stating in relevant part:

> (q) "Fault" means a . . . breach, or wrongful act or omission.
>
> (t) "Good faith", . . . means honesty in fact and the observance of reasonable commercial standards of fair dealing.
>
> (ff) "Remedy" means any remedial right to which an aggrieved party is entitled with or without resort to a tribunal.
>
> (hh) "Right" includes remedy.

(Michigan Legislature, 2025).

44. Michigan law under the Uniform Commercial Code provides additional

enumerated statutory definitions pursuant to MCL 440.1202 in relevant part:

> (a) Subject to subdivision (f), a person has "notice" of a fact if the person has any of the following:
>
> (*i*) Actual knowledge of it.
> (*ii*) Received a notice or notification of it.
> (*iii*) From all the facts and circumstances known to the person at the time in question, reason to know that it exists.
>
> (b) "Knowledge" means actual knowledge. "Knows" has a corresponding meaning.
>
> (c) "Discover", "learn", or words of similar import refer to knowledge rather than to reason to know.
>
> (d) A person "notifies" or "gives" a notice or notification to another person by taking those steps as may be reasonably required to inform the other person in ordinary course, whether or not the other person actually comes to know of it.
>
> (e) Subject to subdivision (f), a person "receives" a notice or notification when either of the following occurs:
>
> (*i*) It comes to that person's attention.
>
> (*ii*) It is duly delivered in a form reasonable under the circumstances at the place of business through which the contract was made or at another location held out by that person as the place for receipt of those communications.
>
> (f) Notice, knowledge, or a notice or notification received by an organization is effective for a particular transaction from the time it is brought to the attention of the individual conducting that transaction and, in any event, from the time it would have been brought to the individual's attention if the organization had exercised due diligence. An organization exercises due diligence if it maintains reasonable routines for communicating significant information to the person conducting the transaction and there is reasonable compliance with the routines. Due diligence does not require an individual acting for the organization to communicate information unless the communication is part of the individual's regular duties or the individual has reason to know of the transaction and that the transaction would be materially affected by the information.

(Michigan Legislature, 2025).

45. Michigan law under the Uniform Commercial Code provides certain enumerated statutory obligations pursuant to MCL 440.1202 stating:

(1) Whether a time for taking an action required by this act is reasonable depends on the nature, purpose, and circumstances of the action.

(2) An action is taken seasonably if it is taken at or within the time agreed or, if no time is agreed, at or within a reasonable time.

(Michigan Legislature, 2025).

46. Michigan law under the Uniform Commercial Code provides for treatment of a presumption pursuant to MCL 440.1206 stating:

Whenever this act creates a "presumption" with respect to a fact, or provides that a fact is "presumed", the trier of fact must find the existence of the fact unless and until evidence is introduced that supports a finding of its nonexistence.

(Michigan Legislature, 2025).

47. Michigan law under the Uniform Commercial Code provides for treatment of Bank's obligations regardless of the existence of a written agreement stating pursuant to MCL 440.1302:

(1) Except as otherwise provided in subsection (2) or elsewhere in this act, the effect of any provision of this act may be varied by agreement.
(2) The obligations of good faith, diligence, reasonableness, and care prescribed by this act may not be disclaimed by agreement. The parties, by agreement, may determine the standards by which the performance of those obligations is to be measured if those standards are not manifestly unreasonable. Whenever this act requires an action to be taken within a reasonable time, a time that is not manifestly unreasonable may be fixed by agreement.

(3) The presence in certain provisions of this act of the phrase "unless otherwise agreed", or words of similar import, does not imply that the effect of other provisions may not be varied by agreement under this section.

(Michigan Legislature, 2025).

48. Michigan law provides pursuant to MCL 440.4202 the following obligations imposed upon Bank:

(1) A collecting bank must exercise ordinary care in all of the following:
(a) Presenting an item or sending it for presentment.

(b) Sending notice of dishonor or nonpayment or returning an item other than a documentary draft to the bank's transferor after learning that the item has not been paid or accepted, as the case may be.

(c) Settling for an item when the bank receives final settlement.

(d) Notifying its transferor of any loss or delay in transit within a reasonable time after discovery thereof.

(2) A collecting bank exercises ordinary care under subsection (1) by taking proper action before its midnight deadline following receipt of an item, notice, or settlement. Taking proper action within a reasonably longer time may constitute the exercise of ordinary care, but the bank has the burden of establishing timeliness.

(Michigan Legislature, 2025).

49. Also, pursuant to MCL 440.4207 Michigan law imposes a warranty on the Bank that:

(1) A . . . collecting bank that transfers an item and receives a settlement or other consideration warrants to the transferee and to any subsequent collecting bank all of the following:

(d) That the item is not subject to a defense or claim in recoupment under section 3305(1) of any party that can be asserted against the warrantor.

(Michigan Legislature, 2025).

50. MCL 440.3305 provides that:

(1) Except as otherwise provided in this section, the right to enforce the obligation of a party to pay an instrument is subject to the following:

(a) A defense of the obligor based on (i) infancy of the obligor to the extent it is a defense to a simple contract, (ii) duress, lack of legal capacity, or illegality of the transaction which, under other law, nullifies the obligation of the obligor, (iii) fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or its essential terms, or (iv) discharge of the obligor in insolvency proceedings.

(Michigan Legislature, 2025).

51. MCL 440. 4214 provides in relevant part:

(4) The right to charge-back is not affected by either of the following:

(a) Previous use of a credit given for the item.

(b) Failure by any bank to exercise ordinary care with respect to the item, but a bank so failing remains liable.

(5) A failure to charge-back or claim refund does not affect other rights of the bank against the customer or any other party.

(6) If credit is given in dollars as the equivalent of the value of an item payable in a foreign money the dollar amount of any charge-back or refund shall be calculated on the basis of the bank-offered spot rate for the foreign money prevailing on the day when the person entitled to the charge-back or refund learns that it will not receive payment in ordinary course.

(Michigan Legislature, 2025).

52. Bank had a duty of ordinary care pursuant to MCL 440.4202 owed to Victim account holder to protect against fraud including crimes committed against its account holders by another Bank account holder.

53. Bank in transferring proceeds from its Victim account holder to Bank's fraud perpetrator account holder warranted pursuant to MCL 440.4207 that the items were not subject to a defense or claim in recoupment under section 3305(1) on behalf of Victim.

54. Bank knew that Victim had a defense pursuant to MCL 440.3305 against transfer of items and Bank recipient account holder perpetrating the fraud knew Bank had the right to recover of transferred items-based illegality of the transaction which, under other law, nullifies the obligation of the obligor, and/or fraud by perpetrator that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character.

55. Bank knew that fraud recipient was not a holder in due course because recipient committing the fraud did not take any instrument for value and in good faith pursuant to MCL 440.3302(b)(i) and (ii) respectfully because of the existence of Victims defense under MCL 440.3305(1).

56. Bank knew pursuant to MCL 440.3306 that its customer having secured proceeds from Bank's Victim through fraud took proceeds not as a holder in due course and therefore was subject to a claim of a property or possessory right in the instrument or its proceeds, including a claim to rescind a negotiation and to recover the instrument or its proceeds.

57. Bank knew that pursuant to MCL 440.4214 it had a right to charge-back its recipient account holder who committed a financial crime against Victim and refund the credit to the Bank's Victim account holder.

58. Bank has failed pursuant to MCL 440.202 to take proper action within reasonably longer time to constitute the exercise of ordinary care and satisfy its burden of establishing timeliness.

59. Bank had knowledge and notice of its account holder's crime against account holder Victim but despite ability has failed to exercise ordinary care to fully recover and refund Victim all illegally gained funds transferred to perpetrator's Bank account and pursuant to MCL 440.4414 Bank remains liable for Victim's account holder's loss.

60. Michigan's Uniform Commercial Code states in relevant part pursuant to MCL 440.4301(1) that:

> The effect of the provisions of this article may be varied by agreement but the parties to the agreement cannot disclaim a bank's responsibility for its lack of good faith or failure to exercise ordinary care or limit the measure of damages for the lack or failure. However, the parties may determine by agreement the standards by which the bank's responsibility is to be measured if those standards are not manifestly unreasonable.

(Michigan Legislature, 2025).

61. Bank cannot disclaim its responsibility owed to Victim for Bank's lack of good faith or Bank's failure to exercise ordinary care or limit the measure of Victim's

damages for the lack or failure of Bank because Bank was placed on reasonable notice of the fraud and the Bank then identified that the perpetrator of the fraud was also a Bank customer with two open accounts for which the funds were transferred using Bank's ATM.

62. Bank failed to exercise ordinary care to identify and place a hold or freeze to inquire or investigate the existence of highly unusual and suspicious banking activity in a highly condensed period of time which would allow a Bank official exercising ordinary care to determine the existence of fraud.

63. Bank knew or should have known simply by exercising reasonable care of the suspicious activity when Bank representative employee told Victim to "come back or go to another branch to obtain more cash since 'they were out'" when the Victim had no prior history of engaging in large scale ATM cash withdrawals, inter-banking transfers using Bank ATM, or cashier check requests.

**COUNT III**

**BREACH OF ELECTRONIC FUNDS TRANSFER ACT**

64. Plaintiff incorporates by reference and adopts as if fully set forth herein the allegations set forth in Paragraph Nos. 1-63 of the Plaintiff's Complaint.

65. The Electronic Fund Transfer Act ("EFTA") pursuant to 15 USC 1693 et seq. of 1978 and Regulation E of the Code of Federal Regulations ("CFR") § 1005.1(b) states:

> Purpose. This part carries out the purposes of the Electronic Fund Transfer Act, which establishes the basic rights, liabilities, and responsibilities of consumers who use electronic fund transfer and remittance transfer services and of financial institutions or other persons that offer these services. The primary objective of the act and this part is the protection of individual consumers engaging in electronic fund transfers and remittance transfers.

(CFPB, 2025).

66. Pursuant to CFR § 1005.2(a)(1):

(1) "Access device" means a card, code, or other means of access to a consumer's account, or any combination thereof, that may be used by the consumer to initiate electronic fund transfers.

(2) An access device becomes an "accepted access device" when the consumer:

(i) Requests and receives, or signs, or uses (or authorizes another to use) the access device to transfer money between accounts or to obtain money, property, or services;

(ii) Requests validation of an access device issued on an unsolicited basis; or

(iii) Receives an access device in renewal of, or in substitution for, an accepted access device from either the financial institution that initially issued the device or a successor.

(b)(1) "Account" means a demand deposit (checking), savings, or other consumer asset account (other than an occasional or incidental credit balance in a credit plan) held directly or indirectly by a financial institution and established primarily for personal, family, or household purposes.

(CFPB, 2025).

67. Pursuant to CFR § 1005.3(b)(1):

The term "electronic fund transfer" means any transfer of funds that is initiated through an electronic terminal, telephone, computer, or magnetic tape for the purpose of ordering, instructing, or authorizing a financial institution to debit or credit a consumer's account. The term includes, but is not limited to:

(i) Point-of-sale transfers;

(ii) Automated teller machine transfers;

(iii) Direct deposits or withdrawals of funds;

(iv) Transfers initiated by telephone; and

(v) Transfers resulting from debit card transactions, whether or not initiated through an electronic terminal.

(CFPB, 2025).

68. Pursuant to CFR § 1005.6 (b):

(4) If the consumer's delay in notifying the financial institution was due to extenuating circumstances, the institution shall extend the times specified above

to a reasonable period.

(5)(i) Notice to a financial institution is given when a consumer takes steps reasonably necessary to provide the institution with the pertinent information, whether or not a particular employee or agent of the institution actually receives the information.

(ii) The consumer may notify the institution in person, by telephone, or in writing.

(iii) Written notice is considered given at the time the consumer mails the notice or delivers it for transmission to the institution by any other usual means. Notice may be considered constructively given when the institution becomes aware of circumstances leading to the reasonable belief that an unauthorized transfer to or from the consumer's account has been or may be made.

(6) Liability under state law or agreement. If state law or an agreement between the consumer and the financial institution imposes less liability than is provided by this section, the consumer's liability shall not exceed the amount imposed under the state law or agreement.

(CFPB, 2025).

69. Under the EFTA, "there is no bright-line time limit within which consumers must report unauthorized EFTs." (71 Fed. Reg. 1638, 1653 (Jan. 10, 2006)).

70. Other factors may not be used as a basis to hold consumers liable. Regulation E expressly prohibits the following factors as the basis for imposing greater liability than is permissible under Regulation E: the consumer was negligent; an agreement between the consumer and the financial institution provides for greater liability; or the consumer is liable for a greater amount under state law. (Staff Commentaries 205.6(b)-2 and 205.6(b)-3).

71. That as provided in section 12 CFR 205.12 and related commentary, for transactions involving access devices that also function as credit cards, the liability and error resolution provisions of Regulation E apply rather than Regulation Z to the

unauthorized use of a combined access device-credit card involving an EFT (for example, cash withdrawals at an ATM from a checking account).

72. Under 12 CFR § 1005.2(m) "Unauthorized electronic fund transfer" means an electronic fund transfer from a consumer's account initiated by a person other than the consumer without actual authority to initiate the transfer and from which the consumer receives no benefit with the Official interpretation of 2(m), an unauthorized EFT includes a transfer initiated by a person who obtained the access device from the consumer through fraud or an EFT at an ATM is an unauthorized transfer if the consumer has been induced by force to initiate the transfer.

73. That in any event, the United States Court of Appeals for the Sixth Circuit held, "Financial institutions subject to the EFTA must reimburse their customers for unauthorized transactions regardless of fault, except in limited circumstances. 15 U.S.C. § 1693g" *Michigan First Credit Union* v. *T-Mobile USA, Inc.*, No. 23-1952, U.S. Ct of App., 6th Cir., Pg. 2, Decided July 16, 2024 *Quoting, Merisier v. Bank of Am., N.A.*, 688 F.3d 1203, 1204 (11th Cir. 2012).

74. Congress, "passed the EFTA as Title XX of the Financial Institutions Regulatory and Interest Rate Control Act of 1978, Pub. L. No. 95-630, 92 Stat. 3641 (codified at 15 U.S.C. § 1693 *et seq.*), which added the EFTA as Title IX to the comprehensive financial regulatory reform package known as the Consumer Credit Protection Act, 15 U.S.C. §§ 1601–1692 (1976). The EFTA, as we have explained, "protects individual consumer rights by 'provid[ing] a basic framework establishing the rights, liabilities, and responsibilities of participants in electronic fund transfer systems.'" *Michigan First Credit Union*, No. 23-1952, U.S. Ct of App., 6th Cir., Pg.

5, *Quoting, Clemmer v. Key Bank Nat'l Ass'n*, 539 F.3d 349, 351 (6th Cir. 2008) (alteration in original) (quoting 15 U.S.C. § 1693(b)).

75. That, although the use of the term "participants" might suggest that Congress intended to also benefit financial institutions, Congress clarified that "[t]he primary objective of" the EFTA "is the provision of individual consumer rights." 15 U.S.C. § 1693(b). And the legislative findings accompanying the EFTA indicate that Congress adopted the Act to regulate the conduct of financial institutions for the benefit of their consumers:

> Congress finds that the use of electronic systems to transfer funds provides the potential for substantial benefits *to consumers*. However, due to the unique characteristics of such systems, the application of existing consumer protection legislation is unclear, leaving the rights and liabilities of consumers, financial institutions, and intermediaries in electronic fund transfers undefined.

*Id.* at Pg. 5, § 1693(a) (emphasis added).

76. Other provisions in the EFTA bolster the conclusion that the purpose of the Act is to benefit consumers, even at the expense of financial institutions. The EFTA requires financial institutions to investigate and resolve consumer-reported unauthorized electronic fund transfers within a limited time frame. *Id.* § 1693f. And although consumers can be liable for unauthorized electronic fund transfers involving their accounts, the EFTA limits their liability and places the burden on financial institutions to prove consumer liability. *Id.* § 1693g(a)–(b).

77. That, "a consumer incurs no liability from an unauthorized electronic fund transfer." *Id.* at 6. § 1693g(e). The EFTA does, however, impose liability on financial institutions for failing to make an authorized electronic fund transfer or failing to stop payment on "a preauthorized transfer from a consumer's account when instructed to do so." *Id.* § 1693h(a). The EFTA also

mandates lengthy consumer disclosure requirements on financial institutions in several different areas, including preauthorized electronic fund transfers from consumer accounts along with electronic fund transfers initiated from electronic terminals. *See, e.g.*, *id.* §§ 1693c, 1693d, 1693e, 1693o-1. *Id.* at 6.

78. That, Most importantly, the EFTA creates a cause of action for consumers, not financial institutions. It allows suits against "any person who fails to comply with any provision" of the Act "with respect to any consumer." *Id.* § 1693m(a). This includes an ability for consumers to seek treble damages in some instances. *Id.* § 1693f(e). "The very idea of treble damages reveals an intent to punish past, and to deter future, unlawful conduct, not to ameliorate the liability of wrongdoers." *Tex. Indus.*, 451 U.S. at 639. Based on these provisions, "it cannot possibly be said that [financial institutions] are members of the class for whose especial benefit [the EFTA] was enacted." *Id.* at 6 *Citing, See Nw. Airlines*, 451 U.S. at 92.

79. Bank had a duty of care to protect Victim from fraud.

80. Bank cannot disclaim its duty of care owed to Victim for Bank's lack of good faith or Bank's failure to exercise ordinary care or limit the measure of Victim's damages for the lack or failure of Bank because Bank was placed on reasonable notice of the fraud and the Bank then identified that the perpetrator of the fraud was also a Bank customer with two open accounts for which the funds were transferred using Bank's ATM.

81. Bank failed to exercise ordinary care to identify and place a hold or freeze to inquire or investigate the existence of highly unusual and suspicious banking activity in a highly condensed period of time which would allow a Bank official exercising ordinary care to determine the existence of fraud.

82. Bank knew or should have known simply by exercising reasonable care of the suspicious activity when Bank representative employee told Victim to "come back or go to another branch to obtain more cash since 'they were out'" when the Victim had no prior history of engaging in large scale ATM cash withdrawals, inter-banking transfers using Bank ATM, or cashier check requests.

83. Bank refused to recover from the Bank's account holder who secured Victim's proceeds through fraud, refused to prosecute the perpetrator of the fraud despite knowing the identity and location of the individual, and refused to furnish to Victim the name and location of Bank's account holder that perpetrated the fraud.

84. Victim has sustained damages as a result of Bank's breach of duty and failure to voluntarily remedy Victim's losses.

## COUNT V

## STATUTORY CONVERSION

85. Plaintiff incorporates by reference and adopts as if fully set forth herein the allegations set forth in Paragraph Nos. 1-84 of the Plaintiff's Complaint.

86. Michigan law specifically provides for the Victim's statutory recovery in the amount of three times the value of the Victim's actual damages along with costs and reasonable attorney fees pursuant to statute.

87. Specifically, Michigan law states:

> (1) A person damaged as a result of either or both of the following may recover 3 times the amount of actual damages sustained, plus costs and reasonable attorney fees:
>
> (a) Another person's stealing or embezzling property or converting property to the other person's own use.

93. That there exists danger that the Victim seeking the injunction will suffer irreparable harm if the injunction is not issued.

94. That there is a genuine risk that the Victim seeking the injunction will be harmed more by absence of an injunction than the opposing party would be by granting the relief especially given that the Bank has no legal basis to allow the unlawful conduct of its account holder engaging in financial crimes to continue its criminal activity and preventing Victim to pursue legal remedies against the criminal without disclosure by the Bank.

95. That there is no harm to public interest if the injunction is issued including to prevent and eliminate financial crimes and restitution of past crimes against Victim by Bank's account holder engaging in unlawful conduct.

96. That the likelihood exists that the Victim will suffer irreparable injury of a nature beyond the power of the court to remedy before a trial on the merits may occur.

97. Justice so requires the imposition of an injunction directing Bank to stop the unlawful conduct of Bank's account holder engaging in financial crimes.

## COUNT VII

## DECLARATORY RELIEF PURSUANT TO MCR 2.605 AND REQUEST FOR SPEEDY HEARING OF ACTION AND ADVANCEMENT ON THE COURT'S CALENDAR

98. Plaintiff incorporates by reference and adopts as if fully set forth herein the allegations set forth in Paragraph Nos. 1 - 97 of the Plaintiff's Complaint.

99. That the conduct set forth in the preceding paragraphs constitutes a case of actual controversy requiring a declaration of rights and other legal relations of an interested party seeking a declaratory judgment and regardless of the existence of another adequate remedy withing the meaning of MCR 2.605(A)(1) and (C) and for which under the circumstances the

Court may order a speedy hearing of an action for declaratory relief and may advance it on the calendar within the meaning of MCR 2.605(D).

100. That the conduct set forth in the preceding paragraphs requires the complaining party be enabled to obtain an adjudication of rights before additional actual injuries or losses occur and for which justice so demands declaratory relief under the circumstances.

**COUNT VIII**

**EQUITABLE RELIEF**

101. Plaintiff incorporates by reference and adopts as if fully set forth herein the allegations set forth in Paragraph Nos. 1-100 of the Plaintiff's Complaint.

101. That the conduct set forth in the preceding paragraphs requires the complaining party be enabled to obtain an order of equitable relief because the conduct of the Bank is unconscionable, inequitable, illegal and for which justice so demands equitable relief to prevent further loss and to render the Victim whole under the circumstances.

**CONCLUSION**

**WHEREFORE** the Plaintiff, Steven J. Resnik, prays for a finding and entry of an order granting the Plaintiff's the fullest extent of remedies available as set forth in each count of the Plaintiff's Complaint and for any additional relief the court deems appropriate and just under the circumstances of this matter including money damages, treble damages, costs, and attorney fees.

Respectfully submitted,

Dated: November 21, 2025

/s/Phillip A. Greenblatt (P54170)
PHILLIP A. GREENBLATT, PLLC
Phillip A. Greenblatt (P54170)
Attorney for Plaintiff
P.O. Box 4270
Southfield, MI 48037
(248) 227-7350
phil@phillipagreenblattpllc.com

**STATE OF MICHIGAN**
**OAKLAND COUNTY CIRCUIT COURT**

STEVEN J. REZNIK,

Plaintiffs,

v.

Case No. 2025- -CZ
Hon.

BANK OF AMERICA,

Defendant.

PHILLIP A. GREENBLATT, PLLC
Phillip A. Greenblatt (P54170)
Attorney For Plaintiff
P.O. Box 4270
Southfield, MI 48037
(248) 227-7350
phil@phillipgreenblattpllc.com

Exhibit 1 – Deposit Agreement and Disclosures

# Deposit Agreement and Disclosures

*Effective May 16, 2025*

BANK OF AMERICA

bankofamerica.com

Applies in all states.

Bank of America, N.A. Member FDIC. ©2025 Bank of America Corporation.
[illegible] (05/25)

29507

# Table of Contents


**Welcome to Bank of America** ... 1
How to Get Started ... 1
How to [illegible] ... 1
**The Agreement for Your Account** ... 2
Binding Contract ... 3
Changes to This Agreement ... 3
Account [illegible] ... 3
Governing Law ... 3
**Explanation of Some Terms** ... 4
**Information About You and Your Account** ... 5
Information You Give Us ... 5
Identification ... 5
[illegible] ... 5
[illegible] ... 5
[illegible] ... 6
[illegible] ... 6
[illegible] ... 6
[illegible] ... 7
**Account Ownership** ... 7
[illegible] ... 7
[illegible] ... 7
[illegible] ... 8
[illegible] ... 8
[illegible] ... 8
[illegible] ... 8
**Checking and Savings Accounts** ... 10
Types of Accounts ... [illegible]
[illegible] ... [illegible]
[illegible] ... [illegible]
[illegible] ... [illegible]
[illegible] ... [illegible]
[illegible] ... 12
[illegible] ... 12
**Time Deposit or CD Account** ... 12
Types of CDs ... 13
How We Calculate Interest on CDs ... 13
[illegible] ... 13
[illegible] ... 14
[illegible] ... 14
[illegible] ... 14
[illegible] ... 14
[illegible] ... 14
[illegible] ... 15
**Information About Fees and Charging Your Account** ... 15
**Insufficient Funds – Overdrafts and Returned Items** ... 16
[illegible] ... 17
[illegible] ... 17
[illegible] ... 17
[illegible] ... 17
[illegible] ... 18
[illegible] ... 18
[illegible] ... 19
[illegible] ... 20
[illegible] ... 20
**Processing and Posting Orders** ... 21
[illegible] ... 21
[illegible] ... 22
[illegible] ... 23
[illegible] ... 23
[illegible] ... 23
**Processing Deposits and Cashed Items** ... 24
[illegible] ... 24
[illegible] ... 25
[illegible] ... 25
[illegible] ... 25
[illegible] ... 26
[illegible] ... 26
[illegible] ... 26
[illegible] ... 26
[illegible] ... 27
[illegible] ... 27
[illegible] ... 27
[illegible] ... 28
[illegible] ... 28
[illegible] ... 28
**When Funds are Available for Withdrawal and Deposit Holds** ... 29
[illegible] ... 29
[illegible] ... 30
[illegible] ... 30
[illegible] ... 30
[illegible] ... 31
**Processing Withdrawals** ... 31
[illegible] ... 31
[illegible] ... 31
[illegible] ... 32
[illegible] ... 32
[illegible] ... 32
[illegible] ... 33
[illegible] ... 33


[illegible]

[illegible]

Items Resulting from Voluntary Disclosure ..... 33
Large Cash Withdrawals ..... 33
Paying Checks and Other Items ..... 33
Stale-Dated and Postdated Checks ..... 33
Substitute Checks, Indemnified Copies, Images and Image Replacement Copies ..... 33
Unpaid Items ..... 34
**Substitute Checks and Your Rights** ..... **34**
**Notices, Statements and Other Communications** ..... **35**
General Terms for Notices, Statements and Other Communications ..... 35
Notices ..... 36
Statements ..... 36
Check Image and Safekeeping ..... 37
Your Address and Change of Address ..... 37
**Actions You Can Take to Help Protect Your Account** ..... **37**
**Reporting Problems** ..... **39**
Your Responsibility ..... 39
What Are Problems and Unauthorized Transactions ..... 39
Reviewing Your Account Statements and Reporting Promptly ..... 40
Written Confirmation and Other Assistance ..... 40
Our Investigation and Maximum Liability ..... 41
Business Insurance ..... 41
Opening a New Account ..... 41
**Foreign Items and Foreign Currency** ..... **41**
What is a Foreign Item ..... 41
Be Cautious About Accepting Foreign Items ..... 41
Currency Exchange Rates ..... 41
Wires Sent to a Foreign Currency Account ..... 42
You May Not Write Foreign Currency Checks ..... 42
Processing and Collecting Foreign Items ..... 42
**Other Terms and Services** ..... **44**
Account Changes ..... 44
Automatic Transfer Service ..... 44
Check and Deposit Slip Forms ..... 44
Check Copies ..... 44
Compliance ..... 45
Conflicting Demands and Disputes ..... 45
Converting an Account ..... 46
Cutoff Time for Receipt of Orders ..... 46
Death or Incompetence ..... 46
Facsimile Signature ..... 46
Deposit Risk Assessment ..... 47
Fingerprint ..... 47
"Freezing" Your Account and Delayed Transactions ..... 47
General Liability ..... 47
Legal Process – Subpoena and Levy ..... 48
Multiple Signatures Not Required ..... 48
Notice of Withdrawal ..... 49





Powers of Attorney/Appointment and Payment to Agents ..... 49
Records ..... 49
Right of Setoff ..... 49
Sample of Your Signature ..... 50
Stop Payment Orders ..... 50
Subaccounts ..... 52
Unclaimed Property – Accounts Presumed Abandoned or Inactive ..... 52
Verification of Transactions and Right to Reverse Transactions ..... 52
Waiver and Severability ..... 52
**Electronic Banking Services** ..... **53**
Types of Electronic Banking Services ..... 53
Access ID ..... 54
Electronic Banking Disclosures ..... 55
**ATM Safety Tips** ..... **58**
Protect Your ATM Card and Personal Identification Number (PIN) ..... 58
Be Aware of Your Surroundings at ATMs ..... 58
Protect Your Privacy ..... 58
Request Emergency Assistance ..... 58
**Funds Transfer Services** ..... **59**
Remittance Transfers ..... 59
Sending Funds Transfers ..... 60
Receiving Funds Transfers ..... 61
ACH Debits and Credits ..... 61
**Tax Information** ..... **62**
**Resolving Claims** ..... **63**
What does "Claim" Mean? ..... 63
How Claims on Personal Accounts will be Resolved ..... 63
How Claims on Business Accounts will be Resolved ..... 63
Arbitration ..... 63
Limitation and Non-Severability ..... 64
Rules of Interpretation ..... 64
Jurisdiction and Venue ..... 64

# Welcome to Bank of America

[illegible]

## How to Get Started

[illegible]

- **Debit card** – [illegible]
- **Direct Deposit** – [illegible]
- **Online and Mobile Banking** – [illegible]
  - [illegible]
  - [illegible]
  - [illegible]
  - [illegible]
- **Online Bill Pay** – [illegible]
- [illegible]
- **Online Alerts** – [illegible]
- **Scheduled Savings Transfers** – [illegible]
- **Keep the Change**® – [illegible]
- **Balance Connect**® **for overdraft protection** – [illegible]

## How to Access Your Account

[illegible]

- [illegible] Bank of America ATMs
- [illegible] Online and Mobile Banking



- [illegible]
- [illegible]

# The Agreement for Your Account

## Binding Contract

[illegible]

## Changes to This Agreement

[illegible]

## Account Closures, Transaction Delays and Conversions/Changes to Accounts

[illegible]

The Bank may in its sole discretion, decline, delay, cancel and/or reverse your orders, transactions or instructions, and/or place disbursement and other restrictions on any of your accounts, with or without notice to you. The law may require us to notify you. Please see the *Electronic Banking Disclosures* section for your rights if we fail to complete an electronic funds transfer for a personal account, and the *Electronic Banking Services* and *"Freezing" Your Account and Delayed Transactions* sections for more information about limits that apply to your transactions.

If an account was closed and then we reopen it, the account is subject to our standard terms and fees for that type of account. Any waiver that applied before the account was closed does not apply when we reopen the account.

If your account reaches a zero balance, or you apply for an account but never deposit funds into it, we may either keep the account open or close the account without notice.

Sometimes after an account is closed, we receive a deposit for credit to the account or a check or other item for payment from the account. If this happens, we may at our option either return the deposit, check or other item; or we may reopen the account and accept the deposit, check or other item for you, even if this overdraws your account.

Sometimes after an account which had funds in it is closed, and while we are still holding the funds from the account, we receive a withdrawal request, check or other item for payment from the account. We may refuse the withdrawal request and return the check or other item. We are not liable for any losses or damage that may result from refusing the withdrawal or dishonoring the check or other item, even if we are still holding funds that would cover the withdrawal, check or other item.

When you ask us to close your account, we may continue to pay transactions as we receive them while we process your closure request. When we complete our closure process, we may close your account, even if your account has a balance and transactions you've told us about are still pending.

If your account is overdrawn when closed, you agree to pay immediately all amounts you owe us. If your account had funds in it when closed, we may:

- hold the funds for your pick up or to pay outstanding or expected items or claims;
- deposit the funds in another of your accounts with us; or
- mail the funds to any of you by check at the address in our records for the account.

If your account earned interest before it closed, your funds stop earning interest when you ask us to close your account, even if we continue to hold the funds. As an example, if we mail funds from an interest-bearing account to you by check, then your funds do not earn interest, even if the check is returned to us or is not cashed.

This Agreement continues to govern matters related to your account even after your account closes.

## Governing Law

This Agreement, and your and our rights and obligations under this Agreement, are governed by and interpreted according to federal law and the law of the state where your account is located. However, your rights and obligations for Remittance Transfers shall be governed by and interpreted as described in the Funds Transfer Services section. We ordinarily maintain your account at the financial center where we open your account. However, we may transfer your account to another financial center in the same state or in a different state. If state and federal law are inconsistent, or if state law is preempted by federal law, federal law governs.



# Explanation of Some Terms

## Definitions

Please keep in mind the following definitions as you review the Agreement.

**Annual Percentage Yield (APY)** is a percentage rate reflecting the total amount of interest paid on the account, based on the interest rate and frequency of compounding.

**Average daily balance** for a statement cycle – we take the balance that we determine is in the account for each day in the statement cycle, add those balances together, and then divide that sum by the number of days in the statement cycle.

**Bank of America, Bank,** we, us and our mean Bank of America, N.A.

**Financial Center** means a branch of Bank of America.

**Business days** – our business days are Monday through Friday, excluding bank holidays. Hours of the business day for a financial center are available at that financial center.

**Collected balance** is the ledger balance for the account minus that portion of funds deposited for which we have not received credit based on the availability schedule we apply to the account. We ordinarily apply the availability schedule provided to us by the Federal Reserve Bank to determine the time that we receive credit for deposited funds.

**Item** includes all orders and instructions for the payment, transfer or withdrawal of funds from an account. As examples, item includes: a check, substitute check, purported substitute check, electronic transaction (including an ACH submission, ATM withdrawal or transfer, or point-of-sale transaction), draft, demand draft, remotely created check, remotely created consumer check, image replacement document, indemnified copy, preauthorized draft, preauthorized payment, automatic transfer, telephone-initiated transfer, Online Banking transfer or bill payment instruction, withdrawal slip, in-person transfer or withdrawal, cash ticket, deposit adjustment, or other order of instruction for the payment, transfer, or withdrawal of funds, or an image, digital image or a photocopy of any of the foregoing. *Item* also includes any written document created or authorized in your name that would be a check or draft but for the fact that it has not been signed. *Item* may also include a cash in ticket and a deposit adjustment. *Item* may also include a check, draft, warrant, or other item deposited to your account, including a deposited item that was returned unpaid. When you authorize someone, such as a merchant, to debit money from your account, that merchant or its financial institution may resubmit returned items multiple times. Each resubmission is considered a separate item.

**Minimum daily balance** – the lowest balance that we determine is in the account during a statement cycle.

**You and your** means each and every owner of the account and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account, unless your account information indicates otherwise.

## Headings and Interpretation

We include section and paragraph headings in this Agreement to help you find terms and provisions. The headings are for convenience or reference only. They do not limit the term or provision.

Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular.

In some sections we give examples. The examples cover some, but not all, of the situations or items that are covered by the section.

# Information About You and Your Account

## Information You Give Us

[illegible]

## Identification

[illegible]

[illegible]

## Bank of America's Privacy Policy for Consumers

[illegible]

[illegible]

## Sharing Information with Affiliates

**Accounts Held by Consumers** [illegible]

**Accounts Held by Businesses** [illegible]

## Consumer Reports and Other Inquiries

[illegible]

[illegible]



## Disclosing Information About You and Your Account

[illegible]

[illegible]

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

[illegible]

**Account Information Services/Consumer Reporting Agencies** [illegible]

[illegible]

## Telephone Calls: Calling, Monitoring and Recording

[illegible]

[illegible]

[illegible]

### Release of Information

You can obtain information about your account by many methods, including at a financial center, by telephone, by mail and through Online Banking. We believe we have adopted reasonable security measures for each method, but we cannot ensure against unauthorized inquiries or intrusions. You agree that we are not responsible for the release of information to anyone who has gained possession of your ATM card, debit card or other code or access device or who has learned your identifying characteristics such as personal identification number (PIN), account number or social security number, even if you have not authorized them to obtain the information. This section does not impact your right to limit liability for unauthorized electronic funds transfers or our obligation to comply with privacy and data security requirements. See *Consumer's Liability for Unauthorized Transfers* section for more information regarding your right to limit liability in certain instances.

## Account Ownership

### Some General Terms

When you open an account, we may rely on information you give us and we maintain in our records. We determine the type and ownership of the account from this information. When you ask us to make a change to this information or your account, and we agree to the change, the change is not effective until we have had a reasonable time to act on the new information. As an example, if you ask us to change the signers on your account, your requested change is not effective until we have a reasonable time to act on it. If we ask you to give us additional documents or information, and you do not do so promptly, we may close your account.

When we accept a deposit to an account or permit a withdrawal or payment from an account, we may rely upon the form of the account and the terms of this Agreement at the time we process the transaction. We do not have to inquire about the source or ownership of any funds we receive for deposit or about the application of any withdrawal or payment from an account. When we permit a withdrawal or payment from an account at the request of any signer, or the agent of any signer, in accordance with the terms of this Agreement, the withdrawal or payment is a complete release and discharge of the Bank from all claims regarding the withdrawal or payment. See the *Electronic Banking Disclosures* section for information about our liability for electronic funds transfers to or from personal deposit accounts.

If you instruct us to open an account in the names of two or more people, and we do so, but later determine that one or more of them have not completed our account opening documents or other requirements, you agree to hold us harmless for reliance on your instruction. We may in our discretion for all purposes and circumstances (including determining ownership of the account following the death of any person in whose name the account was opened) either treat the account as being owned by all persons in whose names the account was opened or treat the account as being owned solely by the persons who have signed or completed our account opening documents or other requirements. If we treat the account as owned by all persons in whose names the account was opened, you authorize them to withdraw funds or take other actions on the account.

We may open an account without regard to whether you are married and without regard to whether the funds on deposit are your community or separate property. We may require you to close the account in order to remove a co-owner, terminate a joint ownership or change a payable on death or trust designation.

### Some Basic Terms for Joint Accounts

If more than one person's name appears in the title of an account without a fiduciary, beneficiary or other designation, then the account is a joint account. All persons whose names appear on the account are co-owners of the account, regardless of whose money is deposited in the account.

Each co-owner acts as the agent of each other co-owner. Each co-owner authorizes each other co-owner to operate the account without the consent or approval of any other co-owner. We may act and rely on the instructions of one co-owner without liability to any other co-owner. **So as examples, one co-owner may** without the consent or approval of the others:

- add additional persons as co-owners;
- deposit funds and withdraw or transfer part or all of the funds in the account;
- endorse for deposit to the joint account on behalf of any other co-owner an item payable to another co-owner;
- instruct us to stop payment on a check or other item that another co-owner wrote on the account;
- obtain an ATM card or a debit card;
- draw upon an overdraft or other line of credit connected to the account;
- obtain information about the account, including transactions conducted by other co-owners;
- pledge the account as security for any debts; and
- close the account.

Each co-owner is jointly and severally liable to us for all fees, charges and other amounts owed to us on, and all costs, losses and liabilities related to, this Agreement or the account. Note that our right of setoff described in the *Right of Setoff* section of this Agreement applies to joint accounts.

All joint accounts are presumed to be joint accounts with the right of survivorship, unless the applicable state law does not permit this presumption or we have agreed with you in writing that the account is owned in another capacity. **Right of survivorship means that when a co-owner dies, the funds in the account belong to the surviving co-owner(s)**, subject to our right to charge the account for any amount the deceased co-owner or a surviving co-owner owes us. The rights of survivorship continue between surviving co-owners and we may pay the funds in the account to any surviving co-owner. The applicable state law may impose requirements that must be met to create a joint account with right of survivorship. You are solely responsible for meeting these requirements.

### Some Basic Terms for "Payable on Death" Accounts

For an individual or joint account, you may choose to make your account payable on your death to one or more payable on death ("POD") beneficiaries. You can make your account a POD account by instructing us to list each POD beneficiary on the account and complying with the applicable state law. The applicable state law usually imposes requirements that must be met to create a POD account. As an example, you may have to include certain words or letters in the account title to create a POD account, such as: "payable on death," "POD," "in trust for," "ITF," "as trustee for," "ATF," "transfer on death," "TOD," or "Totten Trust." You are solely responsible for meeting these requirements. We may treat an account which names a POD beneficiary as a POD account. However, if the applicable requirements are not met, we may treat your account as though there is no POD beneficiary.

During your lifetime, a POD account belongs to you. You may close the account, remove or add one or more POD beneficiaries, change the account type or ownership, and withdraw all or part of the funds in the account. When the account owner or last co-owner dies, we may pay any funds remaining in the account to the then surviving (if any) POD beneficiary(ies), subject to our right to charge the account for any amount a deceased owner, co-owner or POD beneficiary owes us. We may distribute the account balance, subject to any bank claims, to such beneficiaries payable to one or all surviving beneficiaries jointly, or payable individually, in equal shares, to each surviving beneficiary. A POD beneficiary does not acquire an interest in the account until after the death of the account owner or the last co-owner. A POD beneficiary may acquire an interest in the account at that time but only if the POD beneficiary survives the account owner(s). Whether a POD beneficiary survives the account owner(s) may be subject to and determined by state law.

### Some Basic Terms for Business and Other Non-Personal Accounts

If the account owner is a corporation, unincorporated association, limited liability company, limited liability partnership, fiduciary, partnership, sole proprietorship or other entity holding an account in any capacity other than an individual capacity, each person signing the signature card or completing other account opening requirements represents and agrees that they:

[illegible]

## Transferring Ownership

[illegible]

## Special Provisions for Pass-Through Accounts

[illegible]

# Checking and Savings Accounts

## Types of Accounts

[illegible]

## Eligibility for NOW Accounts

[illegible]

## Demand Deposit Accounts

[illegible]

## How We Calculate Interest on Interest-Bearing Checking and Savings Accounts

[illegible]

We set interest rates at our discretion. We may set the interest rate based on a specific account, customer, customer relationship, or based on the location or channel through which we open the account. This means that the interest rate and APY we offer on the same type of account may be higher or lower based on these factors. For example, an account opened through our Online Banking channel may earn a different rate (either higher or lower) than the same type of account opened in a financial center or by mail.

We may also offer interest rate bonuses and other special promotions based on these factors. Interest rate bonuses and other special promotional offers may not apply to all accounts, customers, customer relationships, locations or methods of account opening.

When we consider your customer relationship with us, that may include whether you have other accounts with us, your balances with us in your other accounts and how you use services that we offer with accounts.

You may obtain current interest rates for your account by calling us at the number for customer service on your statement or by asking a financial center associate.

Balance Tiers The daily interest rate we pay on some accounts depends on the tier into which the balance in the account falls. A tier is a range of account balances. If you have one of these accounts, your balance earns the interest rate and APY in effect that day for the balance tier associated with your end-of-day balance. We may set the rate for each tier in any amount. The interest rate for one tier may be the same rate, or a higher or lower rate, than the rate for a lower tier. We may change the tiers that apply to an account at any time without notice. Different tiers apply to different types of accounts.

## Combined Balance Service

With some checking accounts you can designate your checking account as your primary checking account and then link many of your other accounts to it for pricing. When you link another account for pricing, you can use the balances in that other account to help you meet the combined balance required to avoid the monthly maintenance fee on your primary checking account. The *Schedule of Fees* lists the required combined balance for each checking account to which the service applies and the types of accounts that can be linked for pricing.

You must tell us what other accounts you want us to link to your Bank of America checking account. You can do so by visiting a financial center or calling us at the number on your statement. We do not automatically link other accounts for pricing. Certain restrictions apply.

When an existing account is closed and a new account is opened to replace the existing account, we do not automatically link the new account to your checking account for pricing, even if the existing account was linked. You must tell us to link the new account for pricing.

When we calculate a balance or combined balance, we may ignore accrued interest, funds subject to a hold of any type, and each loan or line of credit that is in default. For each linked account, the period of time that we use as the basis for calculating the balance, and the day that we use to determine the balance, in the linked account may be different from the statement cycle for the primary checking account.

You still need to meet the balance requirements, if applicable, in each linked account to avoid the monthly maintenance fees on those accounts.

You understand that the statement for your primary checking account may include information about each linked account, including the account name, number and balance. We may make this information available to each owner and signer of any linked account. We may also send you a single combined statement that reports activity for your checking account and each deposit account linked to that account, instead of separate statements for each account. See Combined Statements in the Statements and Notices section.



## Limits on Linking Accounts

Some restrictions apply to what accounts can be linked to checking for pricing, including the following. You may only link an account to one checking account at a time. At least one of the owners of the linked account must also be an owner of the checking account. You may not link personal and business accounts together. You may not link a loan or line of credit that is in default.

We may in our discretion place other restrictions on what accounts can be linked.

## Uniform Transfers/Gifts to Minors Act (UTMA/UGMA) Accounts

If you are the custodian of an account opened under the Uniform Transfers to Minors Act (UTMA) or the Uniform Gifts to Minors Act (UGMA), you agree to comply with all requirements of the applicable UTMA or UGMA law, including but not limited to your requirement to (i) expend the UTMA or UGMA assets only for the use and benefit of the minor named on the account (the "Minor") and (ii) upon the earlier of the Minor reaching the applicable termination age or the Minor's death, transfer the account assets to the Minor or to the Minor's estate as appropriate.

The Bank shall have no responsibility to ensure that you properly perform your duties as custodian. All funds deposited in the UTMA or UGMA account irrevocably become the property of the Minor, but the custodian is to manage these funds for the Minor's benefit until the Minor reaches the termination age, under applicable state law. At that time, the custodian is responsible for distributing the funds to the Minor.

Only one custodian and one minor are allowed per account. Applicable law imposes certain fiduciary and record-keeping obligations on the custodian and further requires that interest earnings are reported to the IRS under the Minor's Social Security number.

As the custodian, you agree that once the Bank has reason to believe that the Minor has reached the termination age under applicable law, the Bank may, but is not obligated to, take any or all of the following actions with respect to the UTMA or UGMA account without further consent or direction from you:

- Limit access to the UTMA or UGMA account;
- Prohibit further deposits into the UTMA or UGMA account;
- Restrict withdrawals or transfers from the UTMA or UGMA account other than by or to the Minor;
- Communicate with the Minor or the Minor's legal representative regarding the account including, but not limited to, providing periodic account statements and tax statements to the Minor or Minor's legal representative;
- Accept direction from the Minor with respect to the UTMA or UGMA account; and
- Deliver UTMA or UGMA account assets to the Minor.

# Time Deposit or CD Account

When you open a time deposit account, you agree to leave your funds in the account until the maturity date of the account. We often refer to a time deposit account as a "CD" or a "Certificate of Deposit," even though we do not issue a "certificate."

This Agreement applies to CDs you open under your Individual Retirement Account (IRA) plan. Please see the *Traditional/Roth Individual Retirement Custodial Accounts and Disclosure Statements* for additional terms of this plan.

A time deposit account is neither transferable nor negotiable.

## Types of CDs

[illegible]

[illegible]

[illegible]

## How we Calculate Interest on CDs

[illegible]

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

## Disbursing Interest

[illegible]

[illegible]

[illegible]



## CDs That Automatically Renew

[illegible]

[illegible]

[illegible]

## CDs That Do Not Automatically Renew

[illegible]

## Grace Period

[illegible]

[illegible]

## Deposits to a CD

[illegible]

[illegible]

## Early Withdrawals

[illegible]

[illegible]

[illegible]

- [illegible]

- For CDs with terms of 90 days up to 12 months, the penalty is an amount equal to 90 days interest on the amount withdrawn.
- For CDs with terms of 12 months up to 60 months, the penalty is an amount equal to 180 days interest on the amount withdrawn; and
- For CDs with terms of 60 months or longer, the penalty is an amount equal to 365 days interest on the amount withdrawn.

Please note that the term of a CD is the specified period of time you agreed to leave your funds on deposit – not the time remaining until maturity of your CD.

For purposes of calculating an early withdrawal penalty, the amount withdrawn includes any tax withholding, fees and early withdrawal penalties.

We add to the early withdrawal penalty the amount of any cash bonuses we paid you when you opened or renewed the account.

If we are required to pay an amount from your CD (e.g. levy or garnishment), we may charge you an early withdrawal penalty, calculated on the amount withdrawn from the CD.

An early withdrawal from an IRA may also be subject to additional federal tax (and possibly additional state and local taxes) if you are under age 59 1/2.

### Closing or Redeeming a CD

We may close or redeem an automatically renewable account at the end of the term. You may close or redeem your account during its grace period.

## Information About Fees and Charging Your Account

### Fees

You agree to pay for our services in accordance with the fees that apply to your account and your deposit relationship with us.

**Account Fees** Your account is subject to the fees described in the Schedule of Fees that applies to your account.

- The *Personal Schedule of Fees* lists account fees that apply to our personal deposit accounts.
- The *Business Schedule of Fees* lists account fees that apply to our business deposit accounts (other than Commercial accounts).
- The schedule that applies to your account is part of the binding contract between you and us.

The fees for many of our products and services may vary from state to state or between regions within a state. We charge account fees to you based on the state or region in which the financial center where we maintain your account is located. Account fees are not based on your state of residence or the state where you use or purchase the service. Your account fees and terms may differ from those of other customers with the same type of account, based on our assessment of your overall relationship with us.

**Fees for Other Services** In addition to checking, savings, and CD accounts, we also offer many other services, such as wire transfers and cashier's checks. You can get current information about these services and the fees that apply to them at a financial center or by calling us at the customer service number shown on your account statement. We may occasionally list fees for some of these services in the Schedule of Fees. Fees for these services may vary from state to state. The fees you pay for these services are those charged by us in the state where we sell you the service. We may change these fees at any time without notice.

**How We Set Fees** We set our fees based on many factors, including the value we offer, our competitive position, deterrence of misuse of an account by our customers, consideration of profit and the safety and soundness of the Bank. We may also consider costs in setting fees, but we do not set our fees based only or primarily on the direct or overall costs and expenses associated with providing the particular account or service involved.



**Calculating Balances** When we calculate an account balance or combined balance to determine whether a fee applies to your account, we may use the balance that we determine is in each account. We may ignore accrued interest and funds subject to a hold of any type. For a balance in an account linked to a checking account, the period of time that we use as the basis for calculating the balance, and the day that we use to determine the balance, in the linked account may be different from the statement cycle for the primary checking account. If a loan or line of credit is linked, we may ignore each loan or line of credit that we determine is in default.

### Charging an Account

We may deduct fees, overdrafts and other amounts you owe us under this Agreement from your accounts with us or our affiliates, except that this provision does not apply to any consumer credit covered by the federal Truth in Lending law. We may make these deductions at any time without prior notice to you or request from you. If you are charged Overdraft Item Fees, the fees may be an additional debit to your account and may further increase the negative balance in your account. If there are not enough funds in your account to cover the amounts you owe us, we may overdraw your account, (or further overdraw your account) and immediately debit the amounts you owe us. We may use your deposits to pay any outstanding negative account balances (including fees) without notice to you, which may result in additional Overdraft Item Fees. You agree to pay immediately all fees, overdrafts and other amounts you owe us.

We may use deposits you or others make to your account (including deposits of payroll and government benefits) to pay any fees, overdrafts and other amounts you owe us prior to posting other debits processed the same day. This could result in additional Overdraft Item Fees.

Some government payments (such as Social Security, Supplemental Security Income, Veterans and other federal or state benefits) may be protected from attachment, levy, garnishment or other legal process under federal or state law. We may use these funds to pay fees, overdrafts and other amounts you owe us under this Agreement.

Please see the *Right of Setoff* section of the Agreement for more information.

## Insufficient Funds – Overdrafts and Returned Items

You can avoid declined and returned items and fees for overdrafts by making sure that your account always contains sufficient available funds to cover all of your fees and transactions. We offer services that you can use to help manage your account and help you avoid overdrafts, such as our Online Banking service and Online Alerts. Please see *How to Get Started* at the beginning of this Agreement.

Our optional Balance Connect® for overdraft protection service can help you avoid overdrafts and declined or returned items. When you enroll your eligible checking account in Balance Connect® you can link up to 5 eligible checking, savings, credit card and/or line of credit account(s) as linked backup accounts. When you do not have enough funds in your checking account to pay for an item, available funds are automatically transferred/advanced from the linked backup account(s) to cover your transactions. While there is no transfer fee when you use Balance Connect®, other fees and charges may apply. Please see *Balance Connect® for Overdraft Protection* section for more information.

## Overdrafts and Declined or Returned Items

[illegible]

[illegible]

## Posting Orders

[illegible]

## Overdraft Fees

[illegible]

[illegible]

## Impact of Holds

[illegible]

[illegible]

[illegible]



[illegible]

[illegible]

[illegible]

[illegible]

## Non-Recurring and Recurring Debit Card Transactions

[illegible]

[illegible]

## Personal Accounts - Overdraft Practices and Settings

[illegible]

[illegible]

[illegible]

everyday non-recurring debit card transactions and ATM transactions when we determine that at the time of the transaction you may not have enough available funds in your account (or, for an eligible checking account enrolled in Balance Connect® for overdraft protection, linked backup account(s)) to cover the transaction. In addition we do not authorize or pay any item, including recurring debit card transactions, checks and ACH submissions unless we determine that at the time of the transaction you appear to have enough available funds in your account (or linked backup account(s)) to cover the item. This means that if you ask us to apply the Decline All Overdraft Setting to your account, you are telling us to decline or return these items unpaid. With the Decline All Overdraft Setting, we will not charge a fee to your deposit account when we decline or return an item unpaid due to insufficient funds. However, you may be charged a fee by the payee. In addition, if your account does become overdrawn, we will not charge an overdraft fee.

We may also apply the Decline All Overdraft Setting to accounts at our discretion and to accounts with excessive overdrafts.

With either overdraft setting, your account might still become overdrawn. Please see the *Impact of Holds* section for an example of how this could occur.

Please review the *Schedule of Fees* for your account carefully.

## Business Accounts - Overdraft Practices and Settings

With our *Standard Business Overdraft Setting*, we do not authorize overdrafts for ATM transactions. This means that we decline ATM transactions when we determine at the time of the transaction that you may not have enough available funds in your account (or, for an eligible checking account enrolled in Balance Connect® for overdraft protection, linked backup account(s)) to cover the transaction. With this overdraft setting, we may authorize and pay overdrafts for other types of items, and when this happens, you may be charged an overdraft fee. Other types of items include checks and other items transmitted using your checking account number, everyday non-recurring debit card transactions, recurring debit card transactions, ACH submissions, preauthorized payments, and automatic and online bill payments. For more examples of other items, please review the definition of items. With this overdraft setting, we will not charge a fee to your deposit account when we decline or return an item unpaid due to insufficient funds. However, you may be charged a fee by the payee.

For some business checking accounts, we offer an optional *Decline All Overdraft Setting* that you can ask us to apply to your account. The Decline All Overdraft Setting is automatically applied to all business savings accounts and may not be changed to the Standard Business Overdraft Setting. With the Decline All Overdraft Setting, we decline everyday non-recurring debit card transactions and ATM transactions when we determine at the time of the transaction you may not have enough available funds in your account (or linked backup account(s)) to cover the transaction. In addition, we do not authorize or pay any transaction, including recurring debit card transactions, checks and ACH submissions, unless we determine that at the time of the transaction you appear to have enough available funds in your account (or linked backup account(s)) to cover the transaction. This means that, if you ask us to apply the Decline All Overdraft Setting to your account, you are telling us to decline or return these transactions unpaid. With the Decline All Overdraft Setting, when we decline or return an item unpaid due to insufficient funds, we will not charge a fee to your deposit account. However, you may be charged a fee by the payee. In addition, if your account does become overdrawn, we will not charge an overdraft fee.

We may also apply the Decline All Overdraft Setting to accounts at our discretion and to accounts with excessive overdrafts.

With either overdraft setting, your account might still become overdrawn. Please see the *Impact of Holds* section for an example of how this could occur.

Please review the Business *Schedule of Fees* for your account carefully.



## Occurrences

An "occurrence" is a day during which your account has at least one overdraft item or returned item. If we transfer your account to another financial center or convert it to a different type of account, your record of overdraft items and returned items continues to apply.

## Balance Connect® for Overdraft Protection

Our optional Balance Connect® for overdraft protection service can help you cover your transactions and avoid overdrafts and/or declined transactions when you do not have sufficient funds in your checking account. While there is no transfer fee when you use Balance Connect®, other fees and charges may apply. Please carefully review this section and the account agreements for the backup accounts you link through Balance Connect® to understand the fees and charges that apply when funds are transferred/advanced from those accounts.

Balance Connect® allows you to link up to 5 eligible backup accounts to your eligible checking account (covered account). When you do not have enough available funds in the covered account to cover an item, we may automatically transfer/advance available funds from the linked backup account(s) to the covered account. If your linked backup account(s) do not have enough available funds to cover the necessary amount, we may decline to make the transfer, and your checking account may become overdrawn and you may be charged an overdraft fee, or the payee may charge you a fee(s) for the returned payment.

When you link multiple backup accounts, you tell us the order in which you want your accounts accessed for transfers to the covered account. When the available funds in your first linked backup account are not enough to cover the necessary amount, the next linked backup account(s) will transfer/advance available funds to cover the remaining amount. Therefore, funds may be transferred/advanced from more than one linked backup account to cover the necessary amount. We are not required to notify you if funds from the backup account cannot be transferred by Balance Connect® (for example if the account is dormant, purged, restricted or not in good standing).

If you use your credit card account for this service, advances are made under, and are subject to, the terms and conditions described in the applicable credit card agreement. We ordinarily do not make an advance if you are in default under your credit card agreement or if the advance would cause you to exceed the amount of credit available for that type of transaction. As examples, we may decide not to advance funds from your credit card account if you fail to make a credit card payment by its due date or if you exceed any credit card limit on your credit card account. The funds advanced are subject to finance charges under your credit card agreement. Please see your credit card agreement for more information.

If you use your line of credit account for this service, advances are made under, and are subject to, the terms and conditions described in the line of credit agreement. We ordinarily make the advance as long as you are not in default under the line of credit agreement and as long as the advance does not cause you to exceed the amount of your available credit on your line of credit. The funds advanced are subject to finance charges under the line of credit agreement. Please see your line of credit agreement for more information.

If you use your Cash Management Account (CMA®), a brokerage account at Merrill Lynch for this service, disbursements are made from Cash Balances, then from balances in the Primary Money Account and then from balances in the Secondary Money Account(s) excluding any funds designated for the Directed Reserve Program. If your CMA is enrolled in the Margin Lending Program, extensions of credit from the available loan value will be used to satisfy disbursements triggered by Balance Connect®, but only after the Cash Balances and Primary and Secondary Money Accounts are depleted. Any funds advanced under the Margin Lending Program are an extension of credit subject to credit availability and interest charges under the terms of the Margin Lending Program. Please see your CMA Financial Service Account Agreement and Program Description and/or the Margin Lending Program Client Agreement for further details and for a reminder of the risks and potential conflicts of interest related to the Margin Lending Program and securities-based loans. Capitalized terms used in this paragraph that are not defined in the Agreement shall have the meaning provided for them in the CMA Financial Service Account Agreement and Program Description.

[illegible]

[illegible]

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

[illegible]

# Processing and Posting Orders

## Processing Transactions and Posting Orders

[illegible]

[illegible]



## Posting Orders

[illegible]

[illegible]

[illegible]

[illegible]

- [illegible]
- [illegible]

  [illegible]

  - [illegible]
  - [illegible]
  - [illegible]
  - [illegible]
  - [illegible]

- [illegible]

  [illegible]

- [illegible]
- [illegible]

### Changing Posting Orders

You agree that we may determine in our discretion the orders in which we post transactions to your account.

You agree that we may determine in our discretion the categories, the transactions within a category, the order among categories, and the posting orders within a category. We sometimes add or delete categories, change posting orders within categories and move transaction types among categories. You agree that we may in our discretion make these changes at any time without notice to you.

### Posting Orders Determined at End of Day

We receive credits, debits and holds throughout the day. Regardless of when during the day we receive transactions for your account, you agree that we may treat them as if we received all transactions at the same time at the end of the business day.

During the day, we show some transactions as processing. As an example, we show some transactions as processing on the Account Details screen in Online Banking. Please note that transactions shown as processing have not been posted yet. The posting order for these transactions is determined at the end of the day, with the other transactions we receive for that day.

You should note that often we do not receive debits on the same day that you conduct them. As an example, when you use your debit card to pay for a purchase at a merchant and sign for the transaction, we usually receive an authorization request from the merchant the same day, but we might not receive the final debit card transaction for payment and posting until several days later.

We generally post credits and debits to your account, and report them on your statement, in a different order than the order in which you conduct them or we receive them.

### Certain Transactions Made After Business Day Ends

During processing, we generally include in your account balance some transactions that you make after the business day cutoff, but before the end of the calendar day. These transactions are described below. This can impact fees that apply to your account. The credits can help you avoid overdrafts, returned items, and related fees. However, the debits can cause you to incur overdrafts, returned items, and related fees. You should note that we show these transactions on your statement as posting to your account on our next business day.

Credits. We generally add to your account balance the following credits, when the transaction occurs after the cutoff time for the business day, but during the same calendar day:

- Cash deposited at one of our ATMs or financial centers, and
- Transfers to your account from another deposit account with us made at one of our ATMs or financial centers, through Online Banking, Mobile Banking, or by calling customer service.

Debits. We generally subtract from your account balance the following debits, when the transaction occurs after the cutoff time for the business day, but during the same calendar day:

- Cash withdrawals made at one of our ATMs or financial centers, and
- Transfers from your account made at one of our ATMs or financial centers, through Online Banking, Mobile Banking, or by calling customer service.



## Processing Deposits and Cashed Items

We may forward deposits, cashed items and other transaction requests for an account to one of our processing centers. We may use the date that our processing center receives the transaction as the effective date of the transaction.

### Cashing Items or Accepting Items for Deposit

We may accept, accept for collection only, refuse, or return all or part of any deposit. If we accept checks or other items for deposit to your account or cash them, you are responsible for the checks and other items if there is a subsequent problem with them.

- If we cash a check or other item for you or credit it to your account and it is not paid for any reason, we may charge your account for the amount of the check or other item, even if this causes your account to become overdrawn.
- We may accept a check or other item for deposit to your account from anyone. We do not have to question the authority of the person making the deposit.
- If your account is overdrawn, we may use the deposit to pay the overdraft and any fees you owe us.
- We may adjust your account for any deposit errors, even if you have already withdrawn all or part of the deposit, though we reserve the right not to do so in every case.
- We may refuse to accept for deposit to your account items payable to another person.
- In receiving checks or other items for deposit or collection, we act only as your collecting agent and assume no responsibility beyond the exercise of ordinary care. We are not responsible for errors and delays made by others in the collection process.
- We may assess a charge for processing cash in a deposit.
- If you give us cash that we later determine to be counterfeit, we may charge your account for the amount we determine to be counterfeit.
- You will not knowingly deposit items into your account that do not have either a true original signature of the person on whose account it is drawn or an authorized mechanical reproduction of that person's signature.
- We may require ID or impose other conditions before accepting a deposit.
- An electronically created item (ECI) is an electronic image that has all the attributes of an electronic check but is not originally derived from a paper check. You agree not to deposit an ECI. You warrant that any item you deposit–including by means of mobile banking–has been created from a paper check, was authorized by the account holder, and will not be presented more than once. If you deposit or create for deposit an ECI, you agree to indemnify the Bank for any liability or loss resulting from a breach of any of these warranties and to fully reimburse the Bank for all losses incurred, including any loss due to the item not being derived from paper.

**Deposit Slips** You should always use our personalized deposit slips with your preprinted name and account number. If you use a blank deposit slip from one of our financial centers, rather than your personalized deposit slip, we are not liable to you for errors that may result from your hand encoding the account information.

**Checks, Cashier's Checks, and Similar Items** We cannot generally verify that checks, money orders, cashier's checks or similar items are authentic and valid at the time you ask us to cash them or accept them for deposit. If we cash, or accept for deposit, a check, money order, cashier's check or similar item and we later learn that the item is fraudulent, counterfeit or invalid for some other reason, we may charge your account for the amount of the item. This may occur even if we previously made the funds available to you, or this causes your account to become overdrawn.

**Foreign Items** You should be especially cautious about accepting items drawn on banks located outside of the United States. See *Foreign Items and Foreign Currency*.

## Checks Lost in the Collection Process

[illegible]

[illegible]

## Collecting Items

[illegible]

[illegible]

[illegible]

## Demand Drafts and Remotely Created Checks

[illegible]

## Deposit Preparation and Acceptance

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

## Deposit Error Correction

[illegible]

[illegible]

## Encoding Deposits

[illegible]

[illegible]

[illegible]

## Endorsing Checks

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

## Identifying the Account for Your Deposit

You must correctly identify the account to which you want funds deposited. We may credit a deposit to an account based solely on the account number listed on the deposit slip or other instruction to credit an account, even if the name on the deposit slip or other instruction differs from the name on the account.

You are responsible for any claim, cost, loss or damage caused by your failure to properly identify the account to which a deposit is made or intended to be made.

## Overpayments and Reversals

If funds to which you are not entitled are deposited to your account by mistake or otherwise, we may deduct these funds from your account, even if this causes your account to become overdrawn. If the funds were transferred from your account, we may reverse the transfer. We can do this without giving you any prior notice or demand.

## Returned Items

This section applies to items that you deposit or that we cash for you (a "cashed or deposited item") and includes items drawn on us as well as items drawn on other financial institutions. You are responsible for returned items.

If a cashed or deposited item is returned to us at any time for any reason by the bank on which it is drawn or any collecting bank, we may accept that return, pay the claiming party, and charge the item to your account without regard to whether we or the other bank finally paid the item or returned the item in accordance with any applicable midnight deadline or clearinghouse rule. We may also deduct from your account any interest you may have provisionally earned on the item. We may debit your account for a returned item at any time on or after the day it is returned to us by electronic, automated clearinghouse ("ACH") or other means or on the day we receive notice that the item is being returned to us – whichever is earlier.

As an example: If an item deposited in your account has been paid by the bank on which it is drawn (including an us) and that item is later returned to us with a claim that the item was altered, forged, unauthorized, bears a forged or missing endorsement or should not have been paid for any reason, we may at our discretion charge the item against your account or place a hold on the amount of that item against your accounts until the claim is finally resolved. We may take these actions without prior notice to you and regardless of whether settlement with respect to such item is considered final.

We are not obligated to question the truth of the facts that are asserted, to assess the timeliness of the claim, to take any action to recover payment of a returned item, or to assert any defense. We do not need to notify you in advance of our actions related to the claim. If you do not have sufficient available funds to cover a returned item, we may overdraw your account. We will not be liable to you for a failure to complete a transaction if there are insufficient available funds in your account to pay the transaction due to a returned item. You agree to repay immediately an overdraft caused by a return of a cashed or deposited item.

In some cases, the financial institution on which the returned check or other item is drawn may send us an electronic notice of return, an indemnified copy of the original, an image replacement document ("IRD") or an image, instead of returning the item. We may act on, and you agree to be bound by, the electronic notice of return, or indemnified copy or IRD just as if the original item had been returned.

We may send the unpaid item back for collection a second time before notifying you, but we are not obligated to do so. You waive notice of dishonor and protest. You agree that we will have no obligation to notify you of any item that is being returned. However, if we receive advance notice from another financial institution that it is returning to us unpaid a check of $5,000 or more, we may send you a notice. We do not send a notice about returned checks of less than $5,000.



## Substitute Checks

You agree that you will not cash or deposit "substitute checks" as defined by federal law or Image Replacement Documents ("IRD") that purport to be substitute checks and have not been previously endorsed by a bank. If you cash or deposit such an item, you give us the same warranties and indemnities that we, as a reconverting bank, would give under applicable law or regulation and you agree to reimburse us for claims, losses, costs and damages we may incur. If you provide us with an electronic representation of a substitute check for deposit into your account instead of an original check, you agree to reimburse us for all claims, losses, costs and damages we incur because the substitute check resulting from the electronic representation does not meet applicable substitute check standards or causes duplicate payments.

## Third-Party Endorsements

We may require that checks and other items you want to deposit or cash be endorsed by all parties to whom the items are payable. We may require verification of any endorsement through either an endorsement guarantee or personal identification.

## Registered Warrants

Certain states, public agencies or other government entities may issue interest-bearing warrants that may be payable or redeemable on a future date, generally referred to as "registered warrants." Registered warrants are essentially a state or other government entity's "promise to pay" or "IOU." Registered warrants are subject to special rules.

We have no obligation to accept registered warrants from you, whether for deposit, cash payment, or otherwise even if the registered warrant is redeemable.

We generally will not cash registered warrants. If we inadvertently or otherwise cash a registered warrant for you, as consideration for our providing cash to you for the registered warrant, you agree that we may keep any and all interest paid to us for such registered warrant upon redemption. We may also debit your account if a registered warrant is returned unpaid or we receive notice that the registered warrant will be returned unpaid.

We may, at our discretion, accept registered warrants for deposit from you subject to certain terms and conditions, including but not limited to the following examples.

- We may require that you be an existing customer, and we reserve the right to decide which customers may be eligible on a case-by-case basis.
- We may require that such deposits are made in certain ways or channels, such as in person and over the counter by the payee. We may restrict certain channels such as not accepting registered warrants for deposit through ATMs or by mobile deposit or remote capture.
- We may reject or not accept registered warrants payable to a third party.
- Because we may have to verify the authenticity of each registered warrant, if we accept a registered warrant for deposit prior to its maturity date or such earlier date as the registered warrant is called for payment by the issuer, we may place a hold on the deposited funds that may be longer than our standard hold or funds availability policies.
- We may refuse to accept any registered warrant you attempt to deposit, with or without cause or prior notice to you, even if we have accepted registered warrants from you in the past for deposit.
- We may not accept a registered warrant on or after its maturity date or such earlier date as the registered warrant is called for payment by the issuer.

When we accept a registered warrant from you for cash payment or deposit, you agree that you are assigning all rights that you have in the registered warrant, including the right to receive interest, on the registered warrant. When you present a registered warrant to us for cash payment or deposit, you represent that the registered warrant is properly endorsed by you as the named payee, that you are eligible to receive interest on the registered warrant, and that the registered warrant is unaltered, valid, and free of liens and claims by others.

[illegible]

[illegible]

## When Funds are Available for Withdrawal and Deposit Holds

[illegible]

[illegible]

[illegible]

### Your Ability to Withdraw Funds

[illegible]

[illegible]

[illegible]

[illegible]

### Longer Delays May Apply

[illegible]

[illegible]

[illegible]

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

[illegible]

### Special Rules for New Accounts

[illegible]

[illegible]

### Government Checks, Cashier's Checks and Other Special Types of Checks

[illegible]

[illegible]

- [illegible]
- [illegible]
- [illegible]

If you do not make your deposit of these checks in person to one of our employees (for example, if you mail the deposit), our policy is to make funds from these deposits available no later than the first business day after the day of your deposit.

However, we may place longer holds on certain items for other reasons, such as large deposits (see *Longer Delays May Apply* above). For information about registered warrants issued by government entities, see "*Processing Deposits and Cashed Items - Registered Warrants*" above.

### Holds on Other Funds

If we cash a check for you that is drawn on another financial institution, we may withhold the availability of a corresponding amount of funds that are already in your account. If we accept for deposit a check that is drawn on another financial institution, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. In either case, we make these funds available in accordance with our policy described above for the type of check that was cashed or deposited.

## Processing Withdrawals

We may forward withdrawals and other transaction requests for an account to one of our processing centers. We may use the date that the processing center receives the transaction as the effective date of the transaction.

### Cashing Checks for You

Check cashing services may not be available at some financial centers. We may refuse to cash a check written to you. If we do cash such a check and it is returned to us unpaid for any reason at any time, we may deduct the amount of the check from your account, even if this causes your account to become overdrawn.

We may cash checks payable to any signer on your account when endorsed by any other signer.

If you ask us to cash a check or other items for you, we may apply the proceeds of the check or other item to fees, overdrafts and other amounts you owe us.

### Cashing or Accepting Your Checks for Others

When a person with a check or other item drawn on your account asks us to cash it or deposit it, we may require identification satisfactory to us. This identification may include their fingerprint or other biometric marker. When a person who is not our loan or deposit customer asks us to cash a check or other item drawn on your account, we may impose additional requirements. These may include: a dollar limit above which we will not cash the check or a fee for cashing the check. We may also refuse to cash the check or accept the check for deposit.

If the person with your check fails or refuses to satisfy our requirements, we may refuse to cash the check or accept it for deposit.

When we cash your check, or accept it for deposit, we may do so without reviewing your account at that time to see whether you have enough available funds to cover the check. We may charge that person cashing a check or other item a fee for cashing the check or other item if that person is not a customer of Bank of America.



### Checks with Legends or Restrictions

Some customers print or write legends or restrictions on their checks. Sometimes the person to whom the check is payable prints or writes a legend or restriction on the check. Legends and restrictions include conditions, special or restrictive instructions, and other notations. Some examples are: "not valid after 60 days", "not valid over $1,000" or "paid in full". We may disregard legends and restrictions. We may pay the item even if the legend or restriction has not been met. We are not liable to you for any claims, costs, losses or damages that result from the placement of these legends or restrictions on your checks, or from our failure to abide by them.

### Collection Items

When another financial institution submits to us for collection an item drawn on your account, we may charge the other financial institution a fee. When you do not have enough funds in your account for us to process a collection item drawn on your account, submitted to us by a financial institution, including Bank of America, we may charge you a fee for each item.

### Check Stock and Ink

You agree to bear the risk of loss if you use check stock that contains defects, such as printing inaccuracies, faulty magnetic ink, faulty encoding, or duplicate serial numbers.

Checks you write may be converted into electronic images (truncated) during the check collection and return process. You also agree to bear the risk of loss if: you elect to have your checks printed by a vendor that has not been approved by us; you use check stock or features (such as security features) that cause critical data to disappear or be obscured upon truncation; or you make your check out in a way (such as, using a lightly colored ink) that causes critical data to disappear or be obscured upon truncation.

### Converting Checks to Electronic Debits

Some businesses convert checks that you give them into electronic debits (sometimes referred to as an electronic check) and then send us an electronic debit for the transaction amount. When we receive the electronic debit, we charge it to your account. We may receive the electronic debit to your account immediately after the business enters the transaction, so you may have a reduced right to stop payment and you may incur an overdraft if you do not have sufficient funds in your account to cover the amount of the check at the time you write the check or authorize the transaction. Since the check is not sent to us, we do not have a copy of your check. We list these electronic debits on your account statement. If the business uses your check to initiate an electronic debit at the point-of-sale, the business should give you notice of the conversion and return the voided check to you. You should treat the voided check with care because someone else who obtains possession of it could use the information to initiate additional debits against your account. A business that receives your check by mail and converts it to an electronic debit may give you notice of the conversion and destroy the original check.

### Examining Checks

We receive checks in great volume. This and compliance with expedited funds availability laws require us to use automated check processing procedures. Although we may visually review a sample of checks and other items from time to time, reasonable commercial standards do not require us to do so.

We select some checks for review based on certain criteria that change from time to time. This means that most checks are processed on the basis of the MICR (Magnetic Ink Character Recognition) line printed along the bottom edge of the check, and are not individually examined for dates, maker signatures, legends or endorsements. You agree that we will have exercised ordinary care if we examine only those items that we have identified according to the criteria that we may establish in our discretion for inspection.

If we do visually review any check or other item, we may disregard any restrictive instructions or notations, such as an instruction to permit withdrawals only upon more than one signature. We may return the item unpaid if, in our opinion, it does not bear a signature matching any specimen signature we have on file.

[illegible]

[illegible]

[illegible]

### Items Resulting from Voluntary Disclosure

[illegible]

### Large Cash Withdrawals

[illegible]

### Paying Checks and Other Items

[illegible]

[illegible]

[illegible]

### Stale-Dated and Postdated Checks

[illegible]

### Substitute Checks, Indemnified Copies, Images and Image Replacement Copies

[illegible]

### Unpaid Items

[illegible]

## Substitute Checks and Your Rights

[illegible]

### What is a substitute check?

[illegible]

[illegible]

### What are my rights regarding substitute checks?

[illegible]

[illegible]

[illegible]

[illegible]

## How do I make a claim for a refund?

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at the telephone number listed on your account statement, or write to us at:

Bank of America
Attn: Research and Adjustments
PO Box 655961
Dallas, TX 75265-5961

You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include –

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check or the following information to help us identify the substitute check: your account number, the check number, the name of the person to whom you wrote the check, the amount of the check and the date of the check.

# Notices, Statements and Other Communications

## General Terms for Notices, Statements and Other Communications

Please review promptly all notices, statements and other communications we send you. In this section "communications" means all notices, statements and other communications we send you.

We may provide communications in English. Many communications will be notices of change affecting your rights and obligations. If you have questions about any of them or difficulty reading English, please call us at the number for customer service on your statement.

We may:

- address communications to one account owner;
- provide communications in English, even though we may have given you account opening documents and disclosures in a language other than English;
- destroy communications that are sent to you and returned to us as being undeliverable, along with any accompanying checks and other items;
- authorize the Post Office or an agent to destroy communications, along with accompanying checks and other items, that the Post Office informs us are undeliverable; and
- stop sending communications to you until a new address is provided to us if one or more communications that we mail to you are returned to us as being undeliverable.

We are not responsible for communications, or for any checks or other accompanying items, lost while not in our possession.

If we receive communications that we sent you at a financial center, they are deemed to have been delivered to you at the time that they are available to you at the financial center.

**Electronic delivery of communications** We recommend that you use our Online Banking service and receive your communications electronically. When you use electronic or paperless delivery, we deliver communications to you by placing them in Online Banking. You can find your account statements, notices, and other eligible documents in Online Banking within the statements and documents area of



your account details page. Communications currently available for electronic delivery are listed in the statements and documents area of Online Banking.

### Notices

When we inform you of changes affecting your rights and obligations, we do so by delivering or otherwise making a notice available to you. In some cases, we may post a notice of a change in our banking offices or on our website. Otherwise, we mail the notice to you at the address we currently show for your statement or, if we have agreed on this method, we provide it to you electronically. We may provide a notice as a message on your statement or as an insert with your statement.

If a notice of a change to this Agreement is returned to us as being undeliverable or because notices or statements we previously sent you were returned to us as being undeliverable, you understand that the notices are available to you through our financial centers. You agree to that method of delivery and that changes covered in those notices are still effective and binding on you.

A notice sent to any one owner is deemed notice to all account owners and is effective for all account owners.

### Statements

We provide you with a single statement when there is activity on your checking or savings account. When there is no activity on your account, we may choose not to provide a statement. You may obtain an additional copy of your statement by request.

We recommend that you use our Mobile or Online Banking service to receive and view your statements electronically.

If your statement is received at one of our offices, we may mail it to you or destroy it, along with any accompanying checks and other items.

**For checking, savings, money market savings and business savings accounts**, we provide you with a monthly statement. Statement cycles generally vary from 28 to 35 days and may end on different days during the month. A statement cycle can be shorter than monthly. As examples, a statement cycle may only be a few days in length for the first statement cycle after an account is opened or when a statement date is changed to link accounts for combined statements. If you want to know the date your statement cycle ends, call us at the number for customer service on your statement.

**For analyzed business checking accounts**, you can elect to receive an additional monthly account analysis statement. This statement includes balance and float information, quantity of services used during the period, fees and charges for these services and the earnings allowance, if any.

For IRAs, we provide you with a quarterly statement.

**Combined Statements** With combined statement service we provide a single statement that reports activity for all accounts linked for this service, instead of separate statements for each linked account.

Accounts must contain identical ownership in order to be eligible to receive Combined Statements.

You must generally request combined statement service and tell us what accounts you want us to link and report on a combined statement. In some cases, however, we may automatically send you a combined statement. As an example, we may automatically link accounts that have the same owners and provide a combined statement for those accounts.

We may restrict what accounts can be linked for a combined statement. Please note that combining accounts on a single statement does not mean they are also linked for pricing. To determine which accounts can be linked, or to link accounts, for combined statements or for combined balances (pricing), please call us.

## Check Image and Safekeeping

[illegible]

**Check Image Service** [illegible]

[illegible]

**Check Safekeeping Service** [illegible]

[illegible]

[illegible]

[illegible]

## Your Address and Change of Address

[illegible]

[illegible]

- [illegible]
- [illegible]

# Actions You Can Take to Help Protect Your Account

[illegible]

**Stay Informed** [illegible]

**Be Cautious about Giving Out Your Personal Information** [illegible]

**Be Cautious about Accepting Checks, Money Orders and Cashier's Checks** [illegible]



[illegible]

[illegible]

**Review Statements and Report Suspected Problems Immediately** [illegible]

**Identity Theft** [illegible]

[illegible]

## Other Actions You Can Take

[illegible]

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
  - [illegible]
  - [illegible]
  - [illegible]

- Reconcile your account yourself. If you have authorized someone else to transact on your account and you do not reconcile your accounts yourself, someone other than an authorized signer should reconcile your accounts.
- Business customers should assign to different individuals responsibilities for: opening mail, reconciling bank statements, endorsing incoming checks, making deposits, reconciling accounts payable checks with vendor invoices, reconciling incoming checks against outstanding receivables and issuing checks.

# Reporting Problems

If you find that your records and ours disagree, if you suspect any problem or unauthorized transaction on your account or you do not receive a statement when expected, call us immediately at the number for customer service on your statement. If you fail to notify us in a timely manner, your rights may be limited.

This section does not apply to electronic fund transfers that are subject to Regulation E. If we have a specific agreement with you for a service or this Agreement has specific provisions for a service (such as the *Funds Transfer Services* section), those provisions supplement the specific agreement and provisions to the extent they are not inconsistent.

## Your Responsibility

You must exercise reasonable control over your statements, checks, deposit slips, endorsement and signature stamps, debit and ATM cards, Personal Identification Numbers and other access devices. It is your responsibility to keep them safe and secure and to promptly discover and report if any of them are missing in time to prevent misuse. You are responsible for monitoring and reviewing the activity of your account, the work of your employees, agents and accountants, and any use they make of your account.

We may deny a claim for losses due to forged, altered or unauthorized transactions, items or signatures if you do not guard against improper access to your checks, statements, deposit slips, endorsement and signature stamps, and account information. We may also deny your claim if you do not monitor your account and report problems as provided in this section. Please review this *Reporting Problems* section carefully.

Special Warning to Business Account Customers: In some states we offer certain fraud prevention and detection products and services to business customers. If we have offered you one or more of these services, and you decline to use them or fail to implement them, or you fail to follow the procedures necessary for proper use of these products or services, or you fail to follow other precautions reasonable for your particular circumstances, you are precluded from asserting any claims against us for paying any unauthorized, altered, counterfeit or other fraudulent item that such product, service, or precaution was designed to detect or deter, and we will not be required to re-credit your account or otherwise have any liability for paying such items.

## What Are Problems and Unauthorized Transactions

Problems and unauthorized transactions include suspected fraud; missing deposits; unauthorized or mistaken ACH submissions or other electronic transfers; missing, stolen, or unauthorized checks or other withdrawal orders; checks or other withdrawal orders bearing an unauthorized signature, endorsement or alteration; illegible images; encoding errors made by you or us; contested fees; and counterfeit checks. This is not a complete list.



## Reviewing Your Account Statements and Reporting Promptly

Your review of your statements, checks and other items is one of the best ways to help prevent the wrongful use of your account. You agree:

- to review your statements, checks and other items and reconcile them as soon as they are made available to you;
- that our statements provide sufficient information to determine the identification and authenticity of any transaction including without limit, whether any are forged, altered or unauthorized if the statement includes the item number, amount and the date the item posted to your account;
- to report any problems or unauthorized transactions as soon as possible; and
- that 60 days after we send a statement and any accompanying items (or otherwise make them available) is the maximum reasonable amount of time for you to review your statement or items and report any problem or unauthorized transaction related to a matter shown on the statement or items. There are exceptions to this 60-day period. For forged, unauthorized or missing endorsements, you must notify us within the period specified by the state law applicable to your account. For substitute checks, you must notify us within 40 days to qualify for an expedited recredit. See section titled *Substitute Checks and Your Rights*.

Except as otherwise expressly provided elsewhere in this agreement, if you fail to notify us in writing of suspected problems or unauthorized transactions within 60 days after we make your statement or items available to you, you agree that we are not obligated to accept a claim related to the error or unauthorized transaction, regardless of the care or lack of care we may have exercised in handling your account.

Except as otherwise expressly provided elsewhere in this agreement, we are not liable to you for subsequent unauthorized transactions on your account by the same person if you fail to report an unauthorized transaction on your account within 30 days (or such lesser period as is specified in the state law applicable to your account) following the closing date of the statement containing information about the first unauthorized transaction.

For business deposit accounts, also see Electronic Banking Disclosures in the *Electronic Banking Services* section and *ACH Debits and Credits* in the *Funds Transfer Services* section.

## Written Confirmation and Other Assistance

If you report to us that an unauthorized transaction has occurred on your account, we may require you to confirm your report in writing. We may also require that you give us a statement, under penalty of perjury, about the facts and circumstances relating to your report and provide such other information and proof as we may reasonably request.

If you assert a claim regarding a problem, you must cooperate with us in the investigation and prosecution of your claim and any attempt to recover funds. You also agree to assist us in identifying and in seeking criminal and civil penalties against the person responsible. You must file reports and complaints with appropriate law enforcement authorities.

If you fail or refuse to do these things, we will consider your failure or refusal to be your ratification of the defect in the statement or item, unauthorized transaction or other problem and your agreement that we can charge the full amount to your account.

### Our Investigation and Maximum Liability

[illegible]

[illegible]

### Business Insurance

[illegible]

### Opening a New Account

[illegible]

## Foreign Items and Foreign Currency

### What Is a Foreign Item

[illegible]

### Be Cautious About Accepting Foreign Items

[illegible]

### Currency Exchange Rates

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

### Wires Sent to a Foreign Currency Account

[illegible]

[illegible]

### You May Not Write Foreign Currency Checks

[illegible]

### Processing and Collecting Foreign Items

[illegible]

[illegible]

If we accept an item for deposit which we later determine to be a foreign item, we may decide that the item needs to be sent for collection. If so, we may reverse any credit given for the item and mail the foreign item to you at the address we have for your account statement. You may ask us to send the item for collection.

When we send a foreign item for collection, you understand that the foreign item is sent solely for you and at your risk and that we are not liable for any event in the collection process which is beyond our control. As examples, we are not liable for a default by any bank or agent involved in the collection process or for the loss of the foreign item in transit. We may send the foreign item through a correspondent bank or directly to the paying bank. We may deduct our fees and the fees and charges assessed by the paying bank and any agents involved in the collection process from any amount collected or from your account.

If you request, we will try to determine the status of a collection. You agree to pay all fees and charges related to such a request. We may refuse your request if less than 30 business days have passed since we first processed the collection.

If a foreign item is returned to us unpaid for any reason at any time or is initially paid but then subsequently returned unpaid, we may charge your account for the foreign item and mail the foreign item to you at the address we have for your account statement. Even though the item is returned unpaid, we may charge you for our collection fees and for fees and charges assessed by the paying bank and any agents involved in the collection process.

When we credit your account for a foreign item, we use our applicable currency exchange rate on the day we credit the item to determine the amount of the credit. If we reverse a credit for a foreign item, we may apply a currency exchange rate determined by us in our sole discretion to calculate the amount of the debit from your account. Currency exchange rates are highly volatile and our exchange rate on the day of the credit may be different from our exchange rate on the day of the debit. You understand and agree that this may result in a currency exchange loss or gain to you.



# Other Terms and Services

## Account Changes

You must notify us of any change to your name or address. If you do not provide notice of change of address, we may send notices, statements and other correspondence to you at the address maintained on our records for your account and you agree to indemnify us and hold us harmless for doing so.

You agree to notify us in writing of any change in ownership or authorized signers of your account or if an owner or authorized signer on the account dies or is adjudicated incompetent.

If there is more than one owner and/or authorized signer on the account, any one account holder or authorized signer may request the account be closed without consent of any other account holder or authorized signer. Further, any one account holder may request, and we may, at our option, permit removal of any account holder or authorized signer without consent of any other account holder or authorized signer on the account.

You acknowledge that we may, but need not, require a new signature card to be completed before any change in authorized signers or change in ownership becomes effective and each time you open a new account, we may require a Taxpayer Identification Number certification(s). You also acknowledge that we may require you to close your account in the event of any change in ownership or change to the authorized signers.

After we receive notice of a change and all documents we require regarding the change, we may take a reasonable period of time to act on and implement the change to your account.

## Automatic Transfer Service

You may have funds transferred automatically from most Bank of America checking or savings accounts to another Bank of America checking or savings account or to pay a Bank of America loan or credit card account or safe deposit rental fee.

In most other cases, you may schedule transfers periodically on the dates and for the amounts that you specify. Transfers can only be made on a business day. If a scheduled transfer date falls on a weekend or bank holiday, we may make the transfer on the next business day. If we are unable to complete a transfer because you do not have enough available funds in your account, we may cancel this service.

## Check and Deposit Slip Forms

You are responsible for verifying the accuracy of all information on your checks and other forms, whether obtained through others or us. Our liability, if any, for any printing errors on checks or other forms obtained through us is limited to the cost of replacing the forms. We are not liable for any claims, costs, losses or damages you may incur when you use checks or other forms not obtained through us. Check deposits with a missing or incorrect routing number will be returned unpaid.

We may refuse to accept checks or other forms that you create or someone else provides that do not meet our then current specifications, even if they met our specifications at the time they were initially drawn. You may obtain a copy of our printing specifications by calling the telephone number on your statement or asking your account representative. These specifications include the magnetically encoded numbers, the size of the check and the weight, color and type of paper. If you create or obtain checks or other forms from someone else and our automated check processing systems are unable to read or process them, we may refuse to accept them and we may charge you a fee for each check or other item that we are unable to read or process through our automated systems.

## Check Copies

We generally keep a copy of each check we post to your account for seven years from the date the check posts to your account. We have no obligation to retain the original check. We typically keep the copies on microfilm or as a digital image. After seven years, we may destroy the copies.

**Requesting Copies** You may request a copy of a canceled check by calling us at the number for customer service on your statement. To produce a copy, we need the account number, check number, exact

[illegible]

## Compliance

[illegible]

## Conflicting Demands and Disputes

[illegible]

## Converting an Account

[illegible]

## Cutoff Time for Receipt of Orders

[illegible]

## Death or Incompetence

[illegible]

## Facsimile Signature

[illegible]

pay the withdrawal and may charge your account for it. You agree to reimburse us (and we may charge your account) for all claims, costs, losses and damages, including attorneys' fees, that result from our payment of a withdrawal bearing either a facsimile that resembles or purports to bear your signature or a facsimile that we believe you authorized.

## Deposit Bank Assessment

For some business accounts, Bank of America may, at our discretion, charge you a Deposit Bank Assessment on your average positive ledger balances. The assessment rate is variable and we may change it at any time without notice.

## Fingerprint

If a person to whom you gave your check asks us to cash the check, we may require them to place their fingerprint on the check. If they refuse to provide their fingerprint, we may refuse to cash the check.

## "Freezing" Your Account and Delayed Transactions

If we decide to close your account, we may freeze it. If we do this, we may in our discretion either accept or return deposits, checks and other items that we receive after we freeze your account without being liable to you.

If at any time we believe that your account may be subject to irregular, unauthorized, fraudulent or illegal activity, we may, in our discretion, freeze some or all of the funds in the account and in other accounts you maintain with us, and/or delay transactions, without any liability to you, until such time as we are able to complete our investigation of the account and transactions. If we do freeze your account funds or delay transactions, we will provide notice to you as soon as reasonably possible. Notice may be made by mail or verbally or provided by other means such as via Online Banking or text alerts as permitted by law or by updated balance information. We may not provide this notice to you prior to freezing the account or delaying transactions if we believe that such notice could result in a security risk to us or to the owner of the funds in the account. The Bank will not be liable for any costs or fees incurred by a delay for these reasons.

## General Liability

We are responsible for exercising ordinary care and complying with this Agreement. Any provision of this agreement that limits our liability does not change our duty to act in good faith and with ordinary care.

You agree to reimburse us for all claims, costs, losses and damages (including fees paid for collection) we may incur with respect to overdrafts or returned deposits in connection with your account.

We may take any action authorized or permitted by this Agreement, and you agree to hold us harmless from all claims, demands, losses, liabilities, judgments, and expenses arising from our performance under this Agreement.

We are not liable to you for any claim, cost, loss or damage caused by an event that is beyond our reasonable control. In particular, we are not liable to you if circumstances beyond our reasonable control prevent us from, or delay us in, performing our obligations for a service, including acting on a payment order, crediting a funds transfer to your account, processing a transaction or crediting your account. Circumstances beyond our reasonable control include: a natural disaster; emergency conditions, such as fire, theft or labor dispute; a legal constraint or governmental action or inaction; the breakdown or failure of our equipment for any reason, including a loss of electric power; the breakdown of any private or common carrier communication or transmission facilities, any time-sharing supplier or any mail or courier service; the potential violation of any guideline, rule or regulation of any government authority; suspension of payments by another bank; or your act, omission or fault.

We are not liable for special, incidental, exemplary, punitive or consequential losses or damages of any kind. This limitation doesn't apply if the laws governing your account prohibit it.

You agree that the amount of any claim you have against us in connection with any account or transaction with us, whether brought as a warranty, negligence, wrongful dishonor or other action, is subject to reduction to the extent that: 1) negligence or failure to use reasonable care on your part, or on the part of any of your agents or employees, contributed to the loss which is the basis of your claim; and 2) damages could not be avoided by our use of ordinary care.

Any loss recovery you obtain from third parties on a particular claim will reduce the amount of any obligations we may have to you on that claim and you will immediately notify us of any such recovery. You agree to pursue all rights you may have under any insurance policy you maintain in connection with any loss and to provide us information regarding coverage. Our liability will be reduced by the amount of any insurance proceeds you receive or are entitled to receive in connection with the loss. If we reimburse you for a loss covered by insurance, you agree to assign us your rights under the insurance to the extent of your reimbursement.

For personal accounts, there are additional limits on your liability for unauthorized electronic funds transfers. Please see the *Consumer's Liability for Unauthorized Transfers* section.

## Legal Process – Subpoena and Levy

"Legal process" includes a writ of attachment, execution, garnishment, tax withholding order, levy, restraining order, subpoena, warrant, injunction, government agency request for information, search warrant, forfeiture or other similar order.

If we receive any document that appears or is purported to be legal process issued out of any court or government agency, you acknowledge and agree that we will comply with or object to such process as we determine in our sole discretion to be appropriate under the circumstances. You may have rights to contest such process on your own behalf under the applicable law.

We may hold and turn over funds or other property to the court or creditor as directed by the legal process, subject to our right of setoff and any security interest we have in the funds or other property. We do not pay interest on the funds during the period we hold them pursuant to legal process. If we hold or turn over funds, we may without any liability to you return checks and other items unpaid and refuse to permit withdrawals from your account. If the legal process applies to a time deposit account, we may charge the applicable early withdrawal penalty for funds taken from the time deposit.

We may charge your account any cost incurred for each legal process. You agree to pay us for fees and expenses (including administrative expenses) that we incur in responding to any legal process related to your account, such as expenses for research and copying of documents. The fees and expenses may include attorneys' fees. We may deduct these fees and expenses from any of your accounts without prior notice to you.

If the legal process directs us to release information about one or more, but not all, accounts that are reported on a combined statement, we may release the entire combined statement, even though other accounts reported on the combined statement are not covered by the legal process. If the legal process requests information about one or more, but not all, account owners or signers, we may release information about all co-owners or signers on the account, even though some of the other co-owners or signers are not covered by the legal process.

We may produce documents held at, or provide access to property that is located in, any of our facilities or any facility operated by a third party on our behalf, even if the facility is not designated as the place to be searched in the legal process.

You understand and agree that the Bank will not be liable for dishonoring checks, drafts, or other items because of insufficient funds in your account due to a hold or freeze placed on your account or resulting from levies, garnishments, lien claims, or other legal processes.

## Multiple Signatures Not Required

We may act on the oral or written instructions of any one signer on the account. Each signer may make withdrawals, write checks, transfer funds, stop payments, obtain ancillary services (e.g., electronic fund transfer services or wire transfers), and otherwise give us instructions regarding your account. We may require written authorization for some actions.

We do not assume a duty to enforce multiple signature requirements that you may agree upon among yourselves. If you indicate on your checks or signature card or other account documents that more than

[illegible]

[illegible]

## Notice of Withdrawal

[illegible]

## Powers of Attorney/Appointment and Payment to Agents

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

## Records

[illegible]

## Right of Setoff

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

## Sample of Your Signature

[illegible]

[illegible]

## Stop Payment Orders

[illegible]

[illegible]

[illegible]

[illegible]

In some cases, we may pay an item even if an order is in effect. For example, if one of our financial centers, without notice of your request, pays a check that you have asked us to stop, we may still pay the check.

A stop payment order generally expires after twelve months. However, we may, in our sole discretion, elect to honor a stop payment order for a longer period of time without notice to you. If you want the order to continue after twelve months, you must ask us to renew the order. Each request for a renewal is treated as a new order. If you want the order to expire in less than twelve months, you must ask us to cancel the order on or after the date you want it to expire. We may accept a written or oral instruction to cancel the order. Your request to cancel the order is not effective until we have a reasonable opportunity to act on it. We cancel the order automatically when the account on which the item is drawn is closed. If the item is presented to us for payment after the stop payment order expires, we may pay the item.

If we pay an item subject to a valid and timely stop payment order, we may be liable to you if you had a legal right to stop payment and you establish that you suffered a loss because of the payment. Our liability, if any, is limited to the actual loss suffered, up to the amount of the item. You must prove the loss to our satisfaction. We are not liable to you for any special, incidental or consequential loss or damage of any kind.

**Additional Information about Stop Payments for Preauthorized (Recurring) Electronic Funds Transfers**
If you have told us in advance to make regular payments out of your account (such as recurring debit transactions) or if you have authorized someone else to debit your account through the ACH system, you can stop these payments.

Here's how: Call us at 800.432.1000 or write us at Bank of America Customer Service, PO Box 25118, Tampa, FL 33622.

You must notify us in time to receive your request at least three business days before the payment order is scheduled to be made. If you call us to stop the payment, we may require you to confirm the request in writing. If you do not notify us in writing, we may remove the stop payment after 14 days. We may charge you a fee for each stop payment order you give.

Stop payment orders for preauthorized (recurring) payments do not expire without action on your part, including recurring debit card and ACH transactions.

To place a stop payment order on an ACH debit, we may require you to provide your name and telephone number, the type of account (checking or savings), and the exact company name used by the sender of the ACH debit, and some of the other information listed under Placing a Stop Payment Order. You can obtain the company name used by your sender from your statement by looking at a prior ACH debit from this sender that posted to your account.

If you do not know the amount of the ACH debit, we may still be able to place the stop payment order based on the company name of the sender, but this may stop all ACH items from this sender. If you give us the wrong company name or if the sender changes the company name, we may pay the item.

To place a stop payment on other preauthorized (recurring) transactions, you must give us the identifying information we request. You may be able to give us a specific expiration date for certain stop payment orders if you choose to do so.

You must notify the payee that you have withdrawn your authorization for any preauthorized (recurring) transaction.

*Notice of Varying Amounts*
If these regular payments may vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be. You may choose instead to receive this type of notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.

*Liability for Failure to Stop Payment*
If you order us to stop a preauthorized payment three business days or more before the transfer is scheduled, and you have given us all of the information we requested, and we do not stop the payment, we will be liable for your losses or damages directly caused by our failure to stop the payment.



## Subaccounts

For regulatory accounting purposes, we may classify checking accounts as two subaccounts: a checking subaccount and a savings subaccount. For interest-bearing checking accounts, we calculate and pay interest at the same rate and in the same way on both subaccounts. For non-interest-bearing checking accounts, we do not pay interest on either subaccount. We may transfer funds between these subaccounts. We record the subaccounts and any transfers between them on our internal accounting records only. Otherwise, the subaccounts are subject to the same terms as the checking and savings accounts described in this Agreement.

## Unclaimed Property – Accounts Presumed Abandoned or Inactive

State and federal law and our policy govern when accounts are considered abandoned. The applicable state law is generally the state listed in the address for your account statement.

Your account is usually considered abandoned if you have not performed at least one of the following activities for the period of time specified in the applicable state's unclaimed property law: made a deposit or withdrawal, written to us about the account, or otherwise shown an interest in the account, such as asking us to keep the account active. You usually need to perform the activity. Therefore, bank charges and interest payments, and automatic deposits and withdrawals, are usually not considered activity.

We are required by the unclaimed property laws to turn over accounts considered abandoned to the applicable state. Before we turn over an abandoned account, we may send a notice to the address we currently show for the account statement. We may not send this notice if mail we previously sent to this address was returned. Unless prohibited by the applicable state law, we may charge to the account our costs and expenses including but not limited to auctioning or delivering the account to the applicable state agency.

After we turn the funds over to the state, we have no further liability to you for the funds and you must apply to the appropriate state agency to reclaim your funds.

If we consider your account inactive, then (unless prohibited by federal law or the law of the state where we maintain your account) we may:

- charge dormant account fees on the account in addition to regular monthly maintenance and other fees,
- stop sending statements,
- if the account received interest, stop paying interest on the account; and
- refuse to pay items drawn on or payable out of the account.

We may take these actions even if your account becomes active again later.

## Verification of Transactions and Right to Reverse Transactions

Transactions, including those for which we provide a receipt, may be subject to subsequent verification and correction, though we reserve the right not to do so in every case. We do not verify a deposit at the teller window so the receipt that you receive at the time of your deposit is not evidence that your deposit has been verified. We may reverse or otherwise adjust any transaction (both credit and debit) that we believe we erroneously made to your account at any time without prior notice to you, if we opt to do so.

## Waiver and Severability

Waiver We may delay or waive the enforcement of any of our rights under this Agreement without losing that right or any other right. No delay in enforcing our rights will affect your obligation to pay us fees and other amounts you owe us under this Agreement. If we waive a provision of this Agreement, the waiver applies only in the specific instance in which we decide to waive the provision and not to future situations or other provisions regardless of how similar they may be.

Severability A determination that any part of this Agreement is invalid or unenforceable will not affect the remainder of this Agreement.

# Electronic Banking Services

[illegible]

## Types of Electronic Banking Services

### ATM and Debit Cards

[illegible]

[illegible]

[illegible]

**At ATMs** [illegible]

**At participating merchants** [illegible]

**At participating financial institutions** [illegible]

**Payments, Credits, and Transfers** [illegible]

- [illegible]
- [illegible]
- [illegible]

**Online and Mobile Banking** [illegible]



[illegible]

**Telephone Banking** [illegible]

## Access ID

[illegible]

- [illegible]
- [illegible]
- [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

**Small Business Access IDs** [illegible]

## Electronic Banking Disclosures

**Personal deposit accounts** Our *Personal Schedule of Fees* describes our personal deposit accounts. This *Electronic Banking Disclosures* section explains provisions that apply to electronic fund transfers to or from personal deposit accounts (sometimes referred to as "consumer deposit accounts"). These Transfers are governed by Regulation E, which implements the federal Electronic Fund Transfer Act. A personal deposit account is an account that is owned by a natural person and that is established primarily for personal, family, or household purposes.

**Business deposit accounts** Our *Business Schedule of Fees* describes our business deposit accounts. Business deposit accounts are accounts that are established primarily for business purposes. When you open one of our business deposit accounts, you represent and agree that you are establishing it primarily for business purposes. Provisions below that explain a consumer's liability for unauthorized transfers do not apply to business deposit accounts, although as a matter of practice we generally follow the error resolution procedures described in this *Electronic Banking Disclosures* section for business-purpose accounts. Please note that we are not required to follow these procedures for business accounts and that we may change our practice at any time without notice.

**Consumer's Liability for Unauthorized Transfers**

Tell us AT ONCE if you believe your card or your personal identification number (PIN) or other code has been lost or stolen. Also, tell us AT ONCE if you believe that an electronic fund transfer has been made without your permission using information from your check. The best way to keep your possible losses down is to call us immediately.

Your losses could include all of the money in your account plus any transfers from another account or any advances on a credit line if you are enrolled in Balance Connect® for overdraft protection.

If you tell us within two business days after you learn of the loss or theft of your card or code, you can lose no more than $50 if someone uses your card without your permission.

If you do NOT tell us within two business days after you learn of the loss or theft of your card or code, and we can prove we could have stopped someone from using your card or code without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

*Note: These liability rules are established by Regulation E, which does not apply to business deposit accounts. For personal deposit accounts, our liability policy regarding unauthorized debit card or ATM card transactions, and unauthorized Online Banking transactions may give you more protection, provided you report the transactions promptly. Please see the agreement you receive with your ATM or debit card and the Online Banking agreement.*

You should never write your PIN on your card or carry the PIN with you. This reduces the possibility of someone using your card without your permission if it is lost or stolen.

If you give your card, PIN or other access device or code to anyone, you may be liable for all transactions made by that person, or anyone else that person authorizes to use your card or PIN, until you advise us that such person is not authorized to use them. This does not cover situations where you provide account access because you were fraudulently induced or otherwise coerced through fraud or robbery.

Also, the state law applicable to your account may give you more time to report an unauthorized transaction or may give you more protection. For example, in Massachusetts, the two-day and 60-day time limits for reporting unauthorized transactions do not apply and the $500 limit does not apply.

**Contact in Event of Unauthorized Transfer, and Lost or Stolen Card, PIN or Other Code**

If you believe your card, PIN or other code is lost or stolen, or learned by an unauthorized person, or that someone has transferred or may transfer money from your account without your permission, notify us immediately by calling the number listed below.

Telephone: 800.432.1000

You can also write to us at: Bank of America, PO Box 53137, #7405, Phoenix, AZ 85072-3137

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

If unauthorized activity occurs, you agree to cooperate during the investigation and to complete a Lost/Stolen Card and Fraud Claims Report or similar affidavit.

**Business Days** For purposes of these electronic banking disclosures, our business days are Monday through Friday. Weekends and bank holidays are not included.

**Documentation of Transfers**

*Receipts* You can usually get a receipt at the time you make any transfer to or from your account at an ATM or point-of-sale terminal. You may not get a receipt for small dollar transactions. Transactions may be verified by us though we reserve the right not to do so in every case, so the receipt is not final and our records will control if there is a conflict.

*Preauthorized Credits* If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800.432.1000 to find out whether or not the deposit has been made.

*Periodic Statements* We send you a monthly account statement unless there are no electronic fund transfers in a particular month. In any case, we send you a statement at least quarterly unless we consider your account inactive.

**Preauthorized Payments**

Please see the *Additional Information about Stop Payments for Preauthorized (Recurring) Electronic Funds Transfer* section in the *Stop Payment Orders* section of this Agreement.

**Liability for Failure to Make Transfers**

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

- If, through no fault of ours, you do not have enough money in your account to make the transfer.
- If the ATM where you are making the transfer does not have enough cash.
- If the ATM, terminal or system was not working properly and you knew about the breakdown when you started the transfer.
- If circumstances beyond our control (such as power outages, equipment failures, fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
- If the funds are subject to legal process or other encumbrance restricting the transfer.
- If we consider your account to be inactive or dormant.
- If your card or code has been revoked due to inactivity or at our discretion.

There may be other exceptions stated in our agreement with you or permitted by law.

**Confidentiality – Account Information Disclosure** We will disclose information to third parties about your account or transfers you make as stated in the *Information about You and Your Account* section near the front of this Agreement.

**Fees**

[illegible]

[illegible]

**[illegible]**

[illegible]

[illegible]

- [illegible]
- [illegible]
- [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]



# ATM Safety Tips

[illegible]

## Protect Your ATM Card and Personal Identification Number (PIN)

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

## Be Aware of Your Surroundings at ATMs

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

## Protect Your Privacy

- [illegible]
- [illegible]

## Request Emergency Assistance

[illegible]

[illegible]

New York

- [illegible]

New Jersey

- [illegible]

# Funds Transfer Services

The following provisions apply to funds transfers you send or receive through us, but do not apply to electronic fund transfers governed by Regulation E, Subpart A of the Consumer Financial Protection Bureau. We provide separate agreements to you that govern the terms of some funds transfer services, including separate agreements for Online and Mobile Banking, telephone transfers, and funds transfers in the financial centers. If you have a specific agreement with us for these services, these provisions supplement that agreement to the extent these provisions are not inconsistent with the specific agreement.

The Uniform Commercial Code includes provisions relating to funds transfers. These provisions define the following terms: funds transfer, payment order and beneficiary. These terms are used here as they are defined in Article 4A of the Uniform Commercial Code – Funds Transfers as adopted by the state whose law applies to the account for which the funds transfer service is provided. In general: A funds transfer is the process of carrying out payment orders that lead to paying a beneficiary. The payment order is the set of instructions given to us to transfer funds. The beneficiary is the person or business who receives the payment.

In addition, funds transfers sent outside of the United States that are initiated by consumers primarily for personal, family or household purposes are governed by federal law (Remittance Transfers) (see below). Effective as of the date set forth in the final rules implementing EFTA (defined below), federal law may provide rights with respect to Remittance Transfers that may vary in certain ways from the terms and conditions set forth herein. Your rights with respect to Remittance Transfers, including disclosure, error resolution and cancelation rights, will be explained to you contemporaneously with each Remittance Transfer transaction you initiate, either orally or in writing.

In general, your and our rights and obligations under this Agreement are governed by and interpreted according to federal law and the law of the state where your account is located. However, Remittance Transfers shall be governed by federal law and, as applicable, the law of the State of New York. Funds transfers to your account or funded from your account or otherwise funded by you may involve one or more funds transfer systems, including, without limitation, Fedwire or Clearing House Interbank Payments System (CHIPS). Accordingly, notwithstanding any choice of law that may be provided elsewhere in this agreement, such transfers will be governed by the rules of any funds transfer system through which the transfers are made, as amended from time to time, including, without limitation, Fedwire, the National Automated Clearing House Association, any regional association (each an "ACH"), and CHIPS. Funds transfers through Fedwire will be governed by, and subject to, Regulation J, Subpart B, and Uniform Commercial Code Article 4A incorporated by reference thereunder. Funds transfers through CHIPS are governed by, and subject to, CHIPS Rules and Administrative Procedures and by the laws of the State of New York, including Article 4A of the New York Uniform Commercial Code, regardless of whether the payment message is part of a transfer that is a Remittance Transfer, except that in the case of an inconsistency between New York law and EFTA, EFTA shall govern.

We may charge fees for sending or receiving a funds transfer. We may deduct our fees from your account or from the amount of the transfer. Other financial institutions involved in the funds transfer may also charge fees. For current fees, call us at the number for customer service on your statement or ask a financial center associate.

## Remittance Transfers

The Bank may execute certain payment orders for you known as Remittance Transfers. A Remittance Transfer is a wire transfer initiated by a consumer primarily for personal, family or household purposes to a designated recipient in a foreign country. Effective as of the date set forth in the final rules implementing EFTA (defined below), federal law may provide certain rights and obligations related to Remittance Transfers that may differ from rights and obligations that apply to other types of payment orders, including disclosure, cancellation and error resolution rights. To the extent the provisions of this Agreement are inconsistent with the oral or written disclosures provided to you for a Remittance Transfer governed by section 919 of the Electronic Fund Transfer Act (EFTA), 15 U.S.C. section 1693o-1, the terms of the disclosures provided at the time of the Remittance Transfer shall govern. Notwithstanding anything to the contrary contained herein, rights and obligations that apply to Remittance Transfers are as set forth in EFTA and, as applicable, as set forth in New York law.

## Sending Funds Transfers

You may subscribe to certain services we offer or you may give us other instructions to pay money or have another bank pay money to a beneficiary. This *Sending Funds Transfers* section applies to wire transfers (excluding Remittance Transfers) and transfers we make between your Bank of America accounts. It does not apply to automated clearing house (ACH) system funds transfer services.

You may give us payment orders for ACH system funds transfers only if you have a separate agreement with us for those services.

**Cutoff Times for Payment Orders** We have cutoff times for processing payment orders. Cutoff times vary depending on the particular office of our bank and the type of payment order. We may treat payment orders we receive after a cutoff time as if received the next business day. We tell you our cutoff times upon request.

**Amending or Canceling Payment Orders** You may not amend or cancel a payment order after we receive it. If you ask us to do this, we may make a reasonable effort to act on your request. But we are not liable to you if, for any reason, a payment order is not amended or canceled. You agree to reimburse us for any costs, losses or damages that we incur in connection with your request to amend or cancel a payment order.

**Inconsistency of Name or Number** The beneficiary's bank may make payment to the beneficiary based solely on the account or other identifying number, even if the name on the payment order differs from the name on the account. We or an intermediary bank may send a payment order to an intermediary bank or beneficiary's bank based solely on the bank identifying number, even if the payment order indicates a different bank name.

**Sending Payment Orders** We may select any intermediary bank, funds transfer system or means of transmittal to send your payment orders. Our selection may differ from that indicated in your instructions.

**Notice of Rejection** We may reject payment orders. We notify you of any rejection orally, electronically or in writing. If we send written notices by mail, we do so by the end of the next business day.

We are not obligated to pay you interest for the period before you receive timely notice of rejection.

**Errors or Questions About Your Payment Orders** We notify you about certain funds transfers by listing them on your account statement. In some cases, we also may notify you electronically, in writing or by a report produced through one of our information reporting services.

You must notify us at once if you think a funds transfer shown on your statement or notice is incorrect. You must send us written notice, including a statement of relevant facts, no later than 60 days after the date you receive the first notice or statement on which the problem or error appears.

If you fail to notify us within this 60-day period, we are not liable for any loss of interest because of an unauthorized or erroneous debit or because your statement or notice is incorrect. We are not required to compensate you, and we are not required to credit or adjust your account for any loss of interest or interest equivalent.

**Calculations** Unless otherwise prohibited by law, if we are obligated to pay for loss of interest that results from our error or delay regarding your payment order, we calculate compensation as follows. With an analyzed checking account, we credit the account to reflect the applicable value date or otherwise adjust the account under our account analysis procedure, to recalculate earnings credits for the period involved. With a non-analyzed, non-interest-bearing account, we use a rate equal to the average of the Federal Funds rates set by the Federal Reserve Bank of New York, less a reserve factor. With a non-analyzed, interest-bearing account, we use the rate applicable to the account. If we have a separate agreement with you specifying a different calculation method, we use that method instead.

## Receiving Funds Transfers

[illegible]

**ACH Provisional Payment Rule** [illegible]

**Notice of Funds Transfer** [illegible]

[illegible]

[illegible]

[illegible]

**Posting Your Customers' Payments** [illegible]

## ACH Debits and Credits

[illegible]

[illegible]

[illegible]

**Business deposit accounts** [illegible]



# Tax Information

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

# Resolving Claims

If you and we are not able to resolve a claim ourselves, then you and we agree that the claim will be resolved as provided in this Resolving Claims section. This is a dispute resolution provision. Please read it carefully.

## What does "Claim" Mean?

Claim means any claim, dispute or controversy (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief) by either you or us against the other, or against the employees or agents of the other, arising from or relating in any way to this deposit agreement (including any renewals, extensions or modifications) or the deposit relationship between us.

Claim does not include provisional or ancillary remedies from a court of competent jurisdiction, which either you or we may exercise without waiving the right to arbitration.

## How Claims on Personal Accounts will be Resolved

You and we both agree that all Claims relating to a personal account will be resolved in court by a judge without a jury, as permitted by law.

## JURY TRIAL WAIVER FOR PERSONAL ACCOUNTS

**FOR PERSONAL ACCOUNTS, AS PERMITTED BY LAW, YOU AND WE AGREE AND UNDERSTAND THAT YOU AND WE ARE BOTH GIVING UP THE RIGHT TO TRIAL BY JURY. THIS IS A JURY TRIAL WAIVER.**

## How Claims on Business Accounts will be Resolved

You have the right to compel us at your option, and we have the right to compel you at our option, to resolve a Claim relating to a business account by binding arbitration. If neither you nor we decide to compel arbitration, then the Claim will be resolved in court by a judge without a jury, as permitted by law. The arbitration or trial by a judge will take place on an individual basis without resort to any form of class or representative action.

## CLASS ACTION AND JURY TRIAL WAIVER FOR BUSINESS ACCOUNTS

**FOR BUSINESS ACCOUNTS, YOU AND WE AGREE AND UNDERSTAND: (1) THAT YOU AND WE ARE BOTH GIVING UP THE RIGHT TO TRIAL BY JURY, AND (2) THAT THIS SECTION PRECLUDES YOU AND US FROM PARTICIPATING IN OR BEING REPRESENTED IN ANY CLASS OR REPRESENTATIVE ACTION OR JOINING OR CONSOLIDATING THE CLAIMS OF OTHER PERSONS. THIS IS A CLASS ACTION WAIVER AND JURY TRIAL WAIVER.**

## Arbitration

This section on arbitration applies to business accounts and is subject to the provisions of the *Limitation and Non-Severability* section below.

Arbitration is a method of resolving disputes in front of one or more neutral individuals, instead of having a trial in court in front of a judge and/or jury. The arbitrator will be an active or retired judge or attorney with more than 10 years of experience, chosen by mutual agreement of you and us.

If you and we are unable to agree on an arbitrator, then you agree to choose one of the following Administrators within 10 days of our written notice that an agreement cannot be reached.

- JAMS Resolution Center
  www.jamsadr.com
  800.352.5267
- American Arbitration Association ("AAA")
  www.adr.org
  212.716.5800



If you do not choose the Administrator on a timely basis, we will select the Administrator and the Administrator will select the arbitrator using the Administrator's rules. If an Administrator cannot hear or refuses to hear the arbitration, then the arbitration will be handled by the alternative Administrator.

The arbitrator, sitting alone without a jury, will decide questions of law and fact and will resolve the Claim. This includes the applicability of this *Resolving Claims* section and the validity of the deposit agreement, except that the arbitrator may not decide or resolve any Claim challenging the validity of the class action and jury trial waiver. The validity of the class action and jury trial waiver will be decided only by a court.

After a decision is given by an arbitrator, and where the amount of the Claim exceeds $200,000, either you or we can appeal the arbitrator's decision to another arbitrator. If the amount of the Claim exceeds $1,000,000, either you or we can appeal the arbitrator's decision to a panel of three arbitrators. No decision may be appealed under this paragraph, unless the arbitrator that heard the matter first makes a finding that the Claim could reasonably have exceeded either $200,000 or $1,000,000. Any arbitrator who hears an appeal under this paragraph will be selected according to the rules of the Administrator.

The arbitration of any matter involves interstate commerce and is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq. (the "FAA"). The arbitrator will follow applicable substantive law to the extent consistent with the FAA. The arbitrator will give effect to the applicable statutes of limitation and will dismiss barred claims. Arbitrations will be governed by the rules of the Administrator to the extent those rules do not conflict with this *Resolving Claims* section. In addition, you or we may submit a written request to the arbitrator to expand the scope of discovery normally allowable. At the timely request of either you or us, the arbitrator must provide a brief written explanation of the basis for the award.

Judgment upon the award given by the arbitrator may be entered in any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the FAA or under this Agreement.

## Limitation and Non-Severability

**For both personal and business accounts.** Regardless of anything else in this *Resolving Claims* section, you and we both acknowledge and agree that the validity and effect of the class action and jury trial waiver for business accounts and the jury trial waiver for personal accounts may be determined only by a court and not by an arbitrator. You and we both have the right to appeal the limitation or invalidation of the waiver.

**For business accounts.** Regardless of anything else in this *Resolving Claims* section, you and we both acknowledge and agree that the class action and jury trial waiver is material and essential to the arbitration of any disputes between you and us and is non-severable from the agreement to arbitrate Claims. If the class action and jury trial waiver is limited, voided or found unenforceable, then the agreement to arbitrate (except for this sentence) will be null and void with respect to such proceeding and this *Resolving Claims* section will be read as if the provisions regarding arbitration were not present. You and we both have the right to appeal the limitation or invalidation of the class action and jury trial waiver. You and we acknowledge and agree that under no circumstances will a class action be arbitrated.

## Rules of Interpretation

Except as provided in the *Limitation and Non-Severability* section above, if any portion of this *Resolving Claims* section is determined to be invalid or unenforceable, it will not invalidate the remaining portions of this section. If there is a conflict or inconsistency between this *Resolving Claims* section and other terms of the deposit agreement or the applicable rules of the Administrator, this *Resolving Claims* section will govern. If there is any conflict between this *Resolving Claims* section and any other dispute provision (whether it be for arbitration, reference or any other form of dispute resolution), this *Resolving Claims* section will prevail for Claims arising out of this deposit agreement or transactions contemplated by this deposit agreement.

## Jurisdiction and Venue

Any action or proceeding regarding your account or this deposit agreement must be brought in the state in which the financial center that maintains your account is located. You submit to the personal

[illegible] ... this agreement.

[illegible]

STATE OF MICHIGAN
OAKLAND COUNTY CIRCUIT COURT

STEVEN J. REZNIK,

Plaintiffs,

Case No. 2025- -CZ
Hon.

v.

BANK OF AMERICA,

Defendant.

PHILLIP A. GREENBLATT, PLLC
Phillip A. Greenblatt (P54170)
Attorney For Plaintiff
P.O. Box 4270
Southfield, MI 48037
(248) 227-7350
phil@phillipgreenblattpllc.com

Exhibit 2 – BOA Account Holder Bank Statement for Period
January 8, 2025 to February 4, 2025

BANK OF AMERICA

STEVEN J REZNIK | Account [redacted] 3187 | January 8, 2025 to February 4, 2025

## Deposits and other additions

| Date | Description | Amount |
| --- | --- | --- |
| 01/08/25 | INT CREDIT ADJ | 0.01 |
| 01/10/25 | Corporate DES:DIR DEP ID:XXXXX0108 INDN:REZNIK,STEVEN J CO ID:9CRP PPD | 2,494.34 |
| 01/24/25 | Corporate DES:DIR DEP ID:XXXXX0108 INDN:REZNIK,STEVEN J CO ID:9CRP PPD | 2,494.35 |
| 02/04/25 | Interest Earned | 0.91 |
| **Total deposits and other additions** | | **$4,989.61** |

## Withdrawals and other subtractions

| Date | Description | Amount |
| --- | --- | --- |
| 01/13/25 | CHECKCARD 0111 MEIJER # 109 COMMERCE MI 55432865011205000035408 | -65.71 |
| 01/13/25 | BKOFAMERICA BC 01/13 #000001943 WITHDRWL | -30,000.00 |
| 01/14/25 | CHECKCARD 0113 DTE ENERGY 800-4774747 MI 75418235013219292569564 | -41.97 |
| 01/14/25 | BKOFAMERICA BC 01/14 #000006725 WITHDRWL | -112,000.00 |
| 01/15/25 | COSTCO WHSE #0 01/15 #000004775 PURCHASE COSTCO WHSE #03 COMMERCE TWP MI | -86.01 |
| 01/15/25 | CHECKCARD 0115 COSTCO GAS #03 COMMERCE TWNSMI | 25.51 |
| 01/16/25 | BKOFAMERICA BC 01/16 #000003802 WITHDRWL | -58,700.00 |
| 01/16/25 | BKOFAMERICA BC 01/15 #000003800 WITHDRWL | -45,000.00 |
| 01/24/25 | CHECKCARD 0123 SP*DIRECTV SERV 8005315000 CA 55432865023209704693546 RECURRING | -90.47 |
| 01/24/25 | BKOFAMERICA ATM 01/24 #000003571 WITHDRWL GRAND RIVER/BECK NOVI MI | -800.00 |
| 01/27/25 | BKOFAMERICA ATM 01/25 #000009835 WITHDRWL COMMERCE TOWNSHIP WALLED LAKE MI | -300.00 |
| 01/27/25 | CHECKCARD 0125 VZWRLSS*APOCC VIS 8009220204 FL 55432865025700191192482 RECURRING | -50.55 |
| 01/27/25 | CHECKCARD 0125 WASH KIOSK MOBILE 8004216597 CA 05184125025900013800012 | -15.00 |
| 01/27/25 | CHECKCARD 0125 MEIJER # 109 COMMERCE MI 55432865025200109523460 | -44.44 |
| 01/27/25 | CHECKCARD 0126 COSTCO GAS #03 COMMERCE TWNSMI | -20.55 |

continued on the next page


**Tips to help protect yourself from trending scams:**

- Do not be pressured to act quickly – it could be an imposter trying to steal your money.
- If asked to transfer money unexpectedly, use caution – it could be a scam.
- Never grant remote access or download apps at the request of someone you do not know.

Security tips

Learn more about trending scams.
Scan the code or visit bofa.com/HelpProtectYourself.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.

[illegible]

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 01/27/25 | EDWARDROSE-11GGR DES:WEB PMTS ID:1Y49VH INDN:StevenReznik CO ID:9000327993 WEB | -1,112.00 |
| 02/04/25 | CONSUMERS ENERGY DES:ENERGYBILL ID:103048308912 INDN:Steven Reznik CO ID:2380442310 WEB | -41.17 |
| **Total withdrawals and other subtractions** | | **-$248,403.33** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page

STATE OF MICHIGAN
OAKLAND COUNTY CIRCUIT COURT

STEVEN J. REZNIK,

Plaintiffs,

Case No. 2025- -CZ
Hon.

v.

BANK OF AMERICA,

Defendant.
_______________________________/

PHILLIP A. GREENBLATT, PLLC
Phillip A. Greenblatt (P54170)
Attorney For Plaintiff
P.O. Box 4270
Southfield, MI 48037
(248) 227-7350
phil@phillipagreenblattpllc.com
_______________________________/

Exhibit 3 – Claims, Document Submissions, and Bank Claim Denials

BofA. / [illegible]

BANK OF AMERICA

TX1-160-04-01
PO Box 655961
Dallas, TX 75265-9502

**Update on your claim**

STEVEN J REZNIK
31315 TAMARACK ST APT T314
WIXOM, MI 48393-2520

Date
March 4, 2025

Account ending in
3187

Claim Number
04MAR2025 142918

## STEVEN, we previously notified you, that as a courtesy, we would attempt to recover funds on your behalf.

The attempt to recover the funds was not successful. We now consider this inquiry closed.

### Your security is our priority

Together we can make the strongest possible defense against fraud. You can take simple steps like using strong, unique passwords for Online and Mobile Banking, and by confirming the email address and mobile number we have are up to date. You can also sign up for customized alerts to let you know when something unusual happens with your account.

### Helpful tips to avoid potential scams

If you provide your information or send money to a scammer, there is often little we can do to help get your money back, therefore:

**Never trust caller ID.** Always validate a person's organization by calling them back through an official phone number.

- Scammers may pose as government officials, law enforcement or even Bank of America employees to steal your personal information.

**Know how to identify red flags.** In many of the most common types of scams, you may be:

- Pressured to send money
- Threatened with law enforcement action
- Told to purchase gift cards and provide codes as a form of payment
- Asked to cash a check for a stranger
- Instructed to make a cash deposit for sweepstakes
- Offered more than you are asking for something with a request to send the overpayment elsewhere

For more detailed information on how to prevent fraud visit us at
https://www.bankofamerica.com/privacy/fraud-prevention-checklist.go

### We're here to help

If you have questions, please call us at 800.317.6345, Monday through Friday, 8 a.m. to 8 p.m. Eastern.

Thank you for being our customer.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

BANK OF AMERICA

TX1-160-04-01
PO Box 831000
Dallas, TX 75283-1000

Action Needed

STEVEN J REZNIK
31315 TAMARACK ST APT 1314
WIXOM, MI 48393-2520

Date:
March 24, 2025

Account Ending In
3187

Claim Number:
04MAR2025-147918

STEVEN ,

## Please sign and return the enclosed Scam Victim Acknowledgement so we can help recover your funds.

You informed us on 03/04/2025 that you transferred funds from your account(s) at Bank of America to a third party as a result of a scam. We would like to help you recover the funds you transferred.

Because Bank of America could incur liability to third parties by attempting to recover funds on your behalf, we ask that you return the enclosed Scam Victim Acknowledgement.

### Here's what we need from you

Please sign and return as soon as possible the Scam Victim Acknowledgment we've included. Return it using one of the following options

- **Email** – cfc_hh_le@bankofamerica.com
- **Fax** – fax it to us at 302.525.5957
- **Mail** – mail it to us at:
  Bank of America
  Claims Resolution and Recovery
  TX1-160-04-01
  PO Box 831000
  Dallas, TX 75283-1000

### What you need to know

- We understand the funds were transferred to another account at Bank of America. We'll place a hold right away on any remaining balance of the transferred funds. We don't need the signed Scam Victim Acknowledgement before placing the hold – we'll do that before we receive it.
- Unfortunately, there is no guarantee that the recipient's account still has your funds on deposit.
- If we recover all or part of the transferred funds, we'll notify you and credit your account.

### We're here to help

If you have questions, please call us at 800.317.6345, Monday through Friday, 8 a.m. to 8 p.m. Eastern.

Thank you for taking care of this right away.

# SCAM Victim Acknowledgment

Date:
March 24, 2025

Account Ending in
3187

Claim Number:
04MAR2025-147318

On or about 01/13/2025 and 01/15/2025, STEVEN J REZNIK("Client") residing at 31315 TAMARACK ST APT 1314 WIXOM, MI 48393-2520 initiated the following transaction (the "Transaction"):

- Transaction Type: Check
- Amount of Transaction: 112,000.00 and 58,700.00
- Client's Account Number ending in (last 4 digits) 3187
- Recipient's Account Number ending in (last 4 digits) 1047 and 1378
- Recipient's Bank: Bank of America

Bank of America, N.A. ("Bank") complied with the Client's instructions to conduct the Transaction. Client now believes they were the victim of a scam which caused them to execute the Transaction, and Client requests that the Bank assist the Client in recovering any funds that may still be available from the Transaction ("Recovery Effort"). In order to complete the Recovery Effort, the Bank will need to remove funds from the Recipient's account. This action could expose the Bank to a lawsuit by the Recipient or other third parties. Therefore, the Client represents, acknowledges and agrees to the following:

- The Client was a victim of a scam which caused the Client to execute the Transaction, and the Recipient is not legitimately entitled to the funds.
- The Client initiated the Transaction believing it was legitimate and only learned of the scam after the Transaction was complete.
- The Client is not requesting the Recovery Effort due to a business dispute.
- The Client is not directly or indirectly involved in the scam and is not colluding with the Recipient or otherwise attempting to commit fraud on the Bank or any third party.
- Any action by the Bank on behalf of the Client with respect to the Recovery Effort is a voluntary accommodation by the Bank to the Client and is not an admission of any liability by the Bank. The Bank may pursue the Recovery Effort in its sole and absolute discretion and the Bank provides no assurance to the Client that the Recovery Effort will be successful. The Client acknowledges the possibility that the Recovery Effort may result in no recovery for the Client.
- If the Bank determines that the Client made a false claim with respect to this Scam Victim Acknowledgement, the Bank may pursue legal action against the Client.
- If the Recovery Effort requires the filing of an appropriate action in court to recover all or a portion of any funds that remain, it will be the Client's responsibility to file an action. If that's the case, the Bank recommends that the Client promptly retain and seek the advice of an attorney of the Client's choice.

I, the Client, have read this Scam Victim Acknowledgement in its entirety, and I acknowledge and agree that all of the statements above are accurate and that the information provided in this Scam Victim Acknowledgement is true and correct to the best of my knowledge.

Steven Reznik

Client's Signature

STEVEN REZNIK

Client's Printed Name

3/24/25

Date

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC

**Rebuttal Letter to Bank of America-3/31/25**

**Case/Claim #: 04MAR2025-142918**

**Dear Ms. Kristin Murani/Tyler Keen:**

I am formally submitting this dispute letter to Bank of America in response to the denial letter dated 3/4/25. This claim was denied on the basis of Bank of America's inability to retrieve my funds.

I maintain that this basis of denial is blatantly inaccurate. My focus will be addressing Bank of America's breaches of the following:

1. Uniform Commercial Code
2. Duty of Ordinary and Reasonable Care
3. Duty of Due Diligence
4. Failure to Investigate
5. Covenants of Good Faith and Fair Dealing
6. Items 2-5 under the Michigan Banking Code, Chasen Case and U.S. Subcommitee and the Electronic Funds Transfer Act

I am certain that I will be highlighting case law, statues and regulations with which you already aware of.

It is well settled law that the Uniform Commercial Code Article 4, controls here. Under the UCC, a bank owes a duty of good faith and ordinary care to its depositors. It goes on to state that a duty of due diligence is also owed in detecting fraudulent instances.

Under the Uniform Commercial Code UCC, by not practicing the above reference duties, Bank of America is in violation of these duties owed to me as a depositor and is in **breach.**

If Bank of America had taken a moment to even glance at my lengthy banking history, it would have seen that any and all withdrawals were only for monthly expenditures. There was no history of any large cash withdrawals (totaling $75,000 in this case). Nor were there ever cashier checks withdrawn in the amount of $170,000 as is the case.

Please note, all these transactions occurred within a four day period. In fact, Bank of America as the expert and knowledgeable party here, stood by as well when all this cash was being withdrawn and sent to parties unknown using your ATM machines. A Bank of America employee even told me to come back or go to another branch to obtain more cash since "they were out."

If anyone had taken even a cursory look at this it would have been revealed that something was amiss and should have been flagged, looked into and investigated.

I would maintain that Bank of America helped to facilitate this fraud initiated by the scammers by failing to adequately monitor or investigate what should have been obvious suspicious transactions/activity.

- **Another illustration of breaches is under the Michigan Banking Code of 1999 which states that-banks have a responsibility to their depositors to detect and protect the depositor's interests.**
  **Banks again owe a duty of care to their customers, meaning they must exercise reasonable care in managing and safeguarding accounts. If a bank fails to meet this duty of care and a customer suffers financial loss as a result, the bank is responsible.**
- **There is also a duty placed on banks under this code for failing to detect and prevent fraud. Banks have a responsibility to monitor accounts for suspicious activity and take steps to prevent fraud.**

- It is held under the UCC that banks owe a general duty (which has been defined as a legal/moral obligation to act with reasonable skill as the bank is the expert here and care when processing customer requests. These facts alone illustrate violations and committed by Bank of America and this is only under the UCC.
- I would further submit to you that a breach of due diligence occurred when the bank through its employees saw what was occurring (knowledge) and failed to act by monitoring or investigating these suspicious transactions leading to my losses to the scammers. Further, the UCC sites that banks must not execute payments orders if they have reasonable grounds to believe that the fraud is being attempted, especially if there is knowledge by its employees (tellers).

- It was held in a California Case (**Chasen v. Centennial Bank, 61 Cal.App 4th, 543, (1996)**, That banks owe a duty of care to their customers and can be held liable if they fail to exercise reasonable care in monitoring and safeguarding accounts. If a bank's failure to monitor and detect suspicious activity results in financial loss to the customer , the bank can be held responsible for those losses.
- This code states that banks can refuse to execute payment orders if they have reasonable grounds to believe that fraud is being attempted especially if there is knowledge by its employees (tellers).

Any teller involved in these transactions was in a position to prevent this by either speaking to me or reporting it to management or the fraud dept for investigation instead of merely suggesting that I go to another branch to obtain more cash.

Your employees had knowledge of: large cash withdrawals, my use of your ATM's owned by Bank of America use and knowledge that these transactions were suspicious due to my lengthy banking history with Bank of America. A simple question should have been asked a "time out" would have prevented the loss of a lifetime of savings.

- **Under the Electronic Funds Transfer Act (EFTA), banks are responsible for a breach of their duty of care when their actions cause financial harm to a customer such a failing to detect and prevent fraud.**

- **The most telling fact is found in the US senate Permanent Subcommitee on Investigation. The committee specifically examined the Zelle network and guess what? Both Bank of America and Chase Bank are the primary owners. The subcommittee found that financial institutions must continuously invest in advanced technologies and implement security measures to detect and prevent fraud. I am not even requesting advanced technologies but simply someone noticing that something appeared to be amiss. It should not be lost on anyone that even though the case was dismissed by the current administration, the previous one found that enough credible evidence existed to proceed with a lawsuit. It seems likely that this case would have moved forward to conclusion under the previous administration.**

**Clearly, I have cited what I think is an abundance of examples to illustrate breaches and violations under the Uniform Commercial Code, Case Law, Michigan Banking Act, The Electronic Funds Transfer Act and common sense.**

**I would say that an Alternate Dispute Resolution body, The Federal Reserve Board, the Office of the Comptroller of the Currency and the Public would agree with me. I received phone calls from individuals claiming to be Bank of America Fraud Dept employees. They had my bank acct numbers along with my Social security number and Date of Birth.**

**I demand that my $245,000 be returned immediately (minus the two cashier checks).**

BANK OF AMERICA
NC1-[illegible]
100 N. Tryon St.
Charlotte, NC 28255-0001

Account Ending in:
3187

Date: April 30, 2025

Case Number:
2504T1[illegible]

Page 1 of 2

STEVEN J REZNIK
31315 TAMARACK STREET APARTMENT 1314
WIXOM MI 48393

Correspondence received from: Office of the Comptroller of the Currency on: 04/11/2025

Steven J. Reznik

## We have carefully reviewed your correspondence and want to let you know our response.

Our records show:

On January 13, 2025, a teller assisted cash withdrawal for $30,000.00 was debited from your Advantage Tiered Interest Checking account ending in 3187 at our Commerce TWP Financial Center. On January 14, 2025, a teller assisted withdrawal for $112,000.00 was debited from your account at our Grand River/Beck Financial Center. The $112,000.00 was issued in the form of cashier's check number 4284004366.

Subsequently, on January 16, 2025, teller assisted withdrawals for $45,000.00 and $58,700.00 were debited from your account at our Grand River/Beck Financial Center. The $45,000.00 was disbursed in cash and the $58,700.00 was issued in the form of cashier's check number 4284004376.

On January 20, 2025, and January 28, 2025, you contacted Bank of America to dispute the above-mentioned withdrawals. In response, the claim numbers 20JAN2025-985172 and 28JAN2025-995606 were opened to investigate your dispute.

- The claim number 28JAN2025-995606 was opened to dispute the above-mentioned withdrawals totaling $245,700.00 as unauthorized. On February 21, 2025, the claim was denied as we determined that the disputed transactions were authorized.
- The claim number 20JAN2025-985172 was opened to dispute the above-mentioned withdrawals totaling $245,700.00 as unauthorized. However, the claim was canceled as a duplicate request to the above referenced claim number 28JAN2025-995606.

On March 4, 2025, the claim number 04MAR2025-142918 was opened to dispute the above-mentioned cashier's checks totaling $170,700.00 as a result of a scam. On March 24, 2025, a *Scam Victim Acknowledgment* (Acknowledgment) was sent to you to be completed and returned. By signing the Acknowledgement, you agreed that the transactions were authorized and understood that Bank of America made no guarantee of recovery. Enclosed is a copy of the signed Acknowledgment.

We've also included the following documents, which you may find helpful:

- Image of cashier's checks
- Claim notices
- Signed Acknowledgement

## Here's our response

It is important to share that when a customer opens an account with Bank of America, they agree to the terms and conditions set forth in the *Deposit Agreement and Disclosures* publication (the "Agreement"). Please refer to the section

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.
CL 13272_[illegible]

*Binding Contract* for additional information. The Agreement is available to all clients on our website at bankofamerica.com/deposits/resources/deposit-agreements.go.

Mr. Reznik, on March 27, 2025, we successfully recovered $170,700.00, and applied it to your account ending in 3187. We now consider the above-mentioned claims resolved and closed. As such, we must respectfully decline your request for reimbursement of the cash withdrawals totaling $75,000.00.

We regret learning that you may have been the victim of a scam. Although no one expects to be victimized, it is important for consumers to be aware of the circumstances under which they transact business. We recommend that you file a police report if you have not already done so. Bank of America will fully cooperate with any law enforcement agency if we are contacted about a fraud investigation.

It is also important to know the difference between fraud and scams. Fraud occurs when a transaction is made on a client's account without their knowledge. However, scams involve someone deceiving a client into willingly sending them money. If you initiate a transfer or make a payment to a scammer, the transaction is considered authorized and leaves Bank of America with little to no recourse to recover the funds. For more information on how to avoid potential scams, you may visit our website at: bankofamerica.com/security-center/avoid-bank-scams/

Thank you for sharing the details of your experience. We regret any inconvenience you may have encountered because of this matter and any service provided that did not meet your expectations.

## We're here to help

If there's anything else you need, please contact me at 877.430.1431, extension 437843, Monday through Friday, 8:00 a.m. to 4:30 p.m. Pacific.

Gustavo Guardado
Resolution Specialist
Regulatory Complaints

cc. Office of the Comptroller of the Currency / Case Number: CS0374095

#100
6/4/25

***Rebuttal Letter 6/23/25***

Re: response to BofA

CC: OCC (CAG group) CS0374095

In one final attempt to resolve this matter short of going public and litigation, I would like to make a number of points besides my original rebuttal letter which I have attached as an exhibit. I have multiple issues with Bank of America (BofA) since the inception of this incident. In my mind, I feel that I have been lied to, or at a minimum, the facts have been grossly misrepresented.

1. The Victim Acknowledgement letter says I first contacted you on March 4th, 2025, clearly false. Your own denial letter of April 30, 2025 states that I contacted you on January 20th and January 28th. So, which is it? Why so many erroneous dates?

2. Kristin Murani, your employee, told me on numerous occasions that the "funds were gone" and that I am "SOL" and that BofA can/would do nothing more.

3. I am then informed on March 24th, 2025, six weeks after the conversations with Ms Murani that I MUST sign this victim affidavit form to have the case reopened. Feeling that I am being pressured/coerced, I signed it even though it states I authorized these transactions. If I don't sign it, my case will not be reopened per your team. Miraculously days later, I am informed that BofA was returning $170,700.00 to me. I am informed by Tyler Keene who I had been communicating with that another $15,000 had a hold placed on it because according to him it was deemed "suspicious" by BofA.

4. So once again, as in your erroneous dates of contact by myself to BofA, (point #1), I was told by Murani that the funds are gone. Sign the victim acknowledgement form or we will do nothing further. After signing it, I feel you wanted to relieve yourself of liability. The $170,700 is then returned. Why didn't she tell me about this initially? Clearly you had the funds. I feel you forced me to sign the victim form so you had an "out" for your own liability. If I had not signed it, would the $170,700 been returned? I think not!

To a Lay person like myself, if the $170,700 was held for some reason and according to Mr. Keene, $15,000 was held as "suspicious", which by the way I have not received, you BofA clearly determined that these transactions were "suspicious", dare I say fraudulent and yet I am still out $75,000 which you have repeatedly denied reimbursing me. I was even asked by Mr. Keene if I would testify against the scammer as he stated, "they know who it is".

In conclusion, I find it appalling that you continually deny this claim. YOU held the cashiers checks, YOU held $15,000 per Mr. Keene. How can YOU not return that as well as the other $60,000? I will not rehash the many breeches which I have cited in the original rebuttal letter, but the "red flag" was my deposit and withdrawal history. These transactions were so out of the ordinary and should have been "eyeballed"instead of being told to "come back tomorrow when the branch would have additional cash.

EA
REGE
1005 6

STATE OF MICHIGAN
OAKLAND COUNTY CIRCUIT COURT

STEVEN J. REZNIK,

Plaintiffs,

v.

Case No. 2025- -CZ
Hon.

BANK OF AMERICA,

Defendant.

_______________________________/

PHILLIP A. GREENBLATT, PLLC
Phillip A. Greenblatt (P54170)
Attorney For Plaintiff
P.O. Box 4270
Southfield, MI 48037
(248) 227-7350
phil@phillipagreenblattpllc.com

_______________________________/

Exhibit 4 – Filing of Police Report


25-1271

POLICE DEPARTMENT
CITY OF WIXOM

A. Spring
Officer

Police Department
49045 Pontiac Trail
Wixom, MI 48393
(248) 624-6114
aspring@wixomgov.org
www.wixomgov.org

SGT

STATE OF MICHIGAN
OAKLAND COUNTY CIRCUIT COURT

STEVEN J. REZNIK,

Plaintiffs,

Case No. 2025- -CZ
Hon.

v.

BANK OF AMERICA,

Defendant.

_______________________________/

PHILLIP A. GREENBLATT, PLLC
Phillip A. Greenblatt (P54170)
Attorney For Plaintiff
P.O. Box 4270
Southfield, MI 48037
(248) 227-7350
phil@phillipgreenblattpllc.com
_______________________________/

Exhibit 5 – FBI, IC3 Complaint

# Your IC3 Complaint

| | |
|---|---|
| **Submission ID:** | e9b22b31827e4833a998254b17f890c1 |
| **Date Filed:** | 1/28/2025 4:04:27 PM EST |
| **Were you the one affected in this incident?** | Yes |

## Your Contact Information

| | |
|---|---|
| **Name:** | steven reznik |
| **Business Name:** | na |
| **Phone Number:** | 7346450801 |
| **Email Address:** | steve.reznik@dominos.com |

## Complainant Information

| | |
|---|---|
| **Name:** | steven reznik |
| **Age:** | Over 60 |
| **Address:** | 31315 Tamarack Street |
| **Suite/Apt./Mail Stop:** | 1314 |
| **City:** | Wixom |
| **County:** | MI |
| **Country:** | United States of America |
| **State:** | Michigan |
| **Zip Code/Route:** | 48393 |

| | |
|---|---|
| **Phone Number:** | 7346450801 |
| **Email Address:** | steve.reznik@dominos.com |

## Business Information

| | |
|---|---|
| **Is this on behalf of a business that was targeted by a Cyber incident?** | No |

## Financial Transaction(s)

| | |
|---|---|
| **Did you send or lose money in the incident?** | Yes |
| **What was your total loss amount?** | 400,000.00 |

| | |
|---|---|
| **Transaction Type:** | Check/Cashier's Check |
| **Was the money sent or lost?** | Yes |
| **Transaction Amount:** | 112,000.00 |
| **Transaction Date:** | 01/09/2025 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | Bank of America |
| **Originating Bank Address:** | Novi MI |

• • • •

| | |
|---|---|
| **Transaction Type:** | Check/Cashier's Check |
| **Was the money sent or lost?** | Yes |

| | |
|---|---|
| **Transaction Amount:** | 58,900.00 |
| **Transaction Date:** | 01/08/2025 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | Bank of America |
| **Originating Bank Address:** | Novi Mich |

* * * *

| | |
|---|---|
| **Transaction Type:** | Check/Cashier's Check |
| **Was the money sent or lost?** | Yes |
| **Transaction Amount:** | 89,800.00 |
| **Transaction Date:** | 01/07/2025 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | Chase Bank |
| **Originating Bank Address:** | Novi MI |

## Information About The Subject(s)

| | |
|---|---|
| **Name:** | Albert Clark |
| **Business Name:** | claimed to be with Bof A fraud dept |
| **Phone Number:** | 8052499751 |

## Description of Incident

**Provide a description of the incident and how you (or those you are filling this out on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:**

Person called claiming to be with Bof A fraud dept and that my acct was access to send a wire transfer and need to get all money out of the acct and open a new one. Then next day said same thing at my Chase acct. So I start withdrawing funds and was given a variety of apple wallet accts to transfer into. It was a combination of cash and certified checks that depleted both accts and then he disappeared claiming that he was sending an email with the new acct info so I could access them and something to be coming in the mail with new checks/debit cards and of course not of that happened.

Steven Reznik-734.645.0801 -call me anytime Thanks

## Other Information

**If an email was used in this incident, please provide a copy of the entire email including full email headers.**

most communications were done via texts on my phone so I have all that still but dont see the temp apple wallet accts.

I dont have most receipts as he was sure he watched me destroy them in the car at the atm-the main number he used to talk/text was 805.248.9751..

I also see these still that others would use:.

805.657.2389
805.839.3655
805.7678.2663

**Are there any other witnesses or persons affected by this incident?**

My brother Philip Reznik became aware after a couple of days and helped with some of the calls with this Albert Clark when I was completely frustrated.

**If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.**

I created a case with the wixom mi police dept I believe on 1/12/25.

Case # 25-1271

**Is this an update to a previously filed complaint?** No

## Privacy & Signature:

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central

Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed. Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

**Digital Signature:** steven reznik

STATE OF MICHIGAN
OAKLAND COUNTY CIRCUIT COURT

STEVEN J. REZNIK,

Plaintiffs,

v.

Case No. 2025- -CZ
Hon.

BANK OF AMERICA,

Defendant.

_______________________________/

PHILLIP A. GREENBLATT, PLLC
Phillip A. Greenblatt (P54170)
Attorney For Plaintiff
P.O. Box 4270
Southfield, MI 48037
(248) 227-7350
phil@phillipgreenblattpllc.com

_______________________________/

Exhibit 6 – FTC Complaint

FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

FTC Report Number
193185742

# Consumer Report To The FTC

The FTC cannot resolve individual complaints, but we can provide information about next steps to take. We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

Name: Steven Reznik

Email: steve.reznik@dominos.com

Address: 31310 Tamarack St Apt 1314

Phone: 734-545-0801

City: Wixom State: Michigan Zip Code: 48393--252

Country: USA

## What happened

Claimed there was an inside job at branch attempting wire transfers and needed to remove all funds out of both accts and setup new accts so I can access the money $245,000 at B of A $160,000 at Chase It was a combination of cash and cashiers checks using Apple pay temp accts on my phone And now he called stating he has my SSN and DOB

## How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 01/09/2025 | | $400,000.00 |
| **Payment Used:** | | **How I was contacted:** |
| Payment App or Service (ex. Zelle, PayPal, Cash App) | | Phone Call |

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| Name:<br>B of A fraud dept | | |
| Address Line 1: | Address Line 2: | City: |
| State: | Zip Code: | Country: |
| Email Address: | | |
| Phone: | | |
| Website: | | |
| Name of Person You Dealt With:<br>Albert Clark | | |

## Your Next Steps

If you paid a scammer using a payment app or service:

- If the app is linked to a credit or debit card, contact that company or bank first. Find out how to dispute a credit or debit

card charge here.

- Contact the company behind the app. Ask if they can reverse or stop the transfer, and make sure they know the transaction was fraudulent. Use this list of contacts.

Scam Advice:

- If you're concerned a scammer has your personal information, like your Social Security, credit card, or bank account number, go to IdentityTheft.gov for steps you can take.
- Learn more about impersonation scams at ftc.gov/impersonators. If someone says they are with the FTC, know that the FTC will never demand money, make threats, tell you to transfer money, or promise you a prize.
- Learn more about different scams and how to recover from them at ftc.gov/scams.
- You also can file a report with your state attorney general.

General Advice:

- You can find advice and learn more about bad business practices and scams at consumer.ftc.gov.
- If you're concerned that someone might misuse your information, like your Social Security, credit card, or bank account number, go to IdentityTheft.gov for specific steps you can take.
- Learn more about impersonation scams at ftc.gov/impersonators. If someone says they are with the FTC, know that the FTC will never demand money, make threats, tell you to transfer money, or promise you a prize.
- You also can file a report with your state attorney general.

Additional resources for older adults, caregivers, and families:

- To find support services in your community, visit eldercare.acl.gov.
- For information on top scams and advice you can share to help protect others in your community, visit ftc.gov/PassItOn.

## What Happens Next

- Your report will help us in our efforts to protect all consumers. Thank You!
- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We share your report with our law enforcement partners who also use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We use reports to spot trends, educate the public, and provide data about what is happening in your community. You can check out what is going on in your state and metro area by visiting ftc.gov/exploredata.
- Investigations and cases do take time, but when we bring cases, we try to get money back for people. Check out ftc.gov/refunds to see recent FTC cases that resulted in refunds.