**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| STEVEN J. REZNIK,<br>Plaintiff,<br><br>v.<br>BANK OF AMERICA,<br>Defendant. | Case No. 2:26-cv-10514<br><br>Hon. Shalina D. Kumar<br>Mag. Judge Kimberly G. Altman |

**STIPULATED ORDER FOR LEAVE TO FILE AN AMENDED COMPLAINT IN LIEU OF A RESPONSE TO THE MOTION TO DISMISS**

The parties, by their respective counsel, hereby submit this Stipulated Order allowing Plaintiff to file an amended complaint, pursuant to Fed. R. Civ. P. 15(a)(2), rather than filing a response to Defendant's Motion to Dismiss under Rule 12(b)(6) [ECF No. 8]. The parties stipulate and agree that Plaintiff may file an amended complaint by July 8, 2026, consistent with the parties having exchanged reciprocal professional courtesies in this proceeding, and the Court being otherwise advised in the premises:

1. Plaintiff filed his Complaint on November 21, 2025, in the Oakland County Circuit Court, and Defendant removed the action to this Court on February 13, 2026. (See ECF No. 1).

2. The Court, pursuant to the parties' stipulation, extended Defendant's time to respond to the Complaint to allow for settlement negotiations, which the parties pursued in good faith. (See ECF No. 4-7).

3. Defendant filed a Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) (the "Motion") on April 10, 2026. (ECF No. 8).

4. Pursuant to the parties' stipulation, the Court granted Plaintiff 30 days to respond to Defendant's Motion. (ECF No. 7).

5. Because of a sudden death in the family, Plaintiff's counsel has required additional time to prepare Plaintiff's Response to the Motion (the "Response").

6. Upon the parties stipulation, the Court most recently extended the deadline for Plaintiff's Response to July 8, 2026. (ECF No. 11).

7. The parties have continued to engage in settlement negotiations and have agreed that Plaintiff may file an amended complaint in lieu of a response to the motion to dismiss.

NOW THEREFORE, based on the stipulation of the parties, and for good cause appearing for the same, as set forth above:

IT IS ORDERED that Plaintiff shall have until July 8, 2026, to file an Amended Complaint in lieu of a Response to Defendant's Motion to Dismiss.

IT IS FURTHER ORDERED that Defendant may file a response to Plaintiff's Amended Complaint within 30 days of filing of the Amended Complaint.

DATED: July 8, 2026

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

STIPULATED AS TO FORM AND CONTENT:

PHILLIP A. GREENBLATT, PLLC

By: /s/ *Phillip A. Greenblatt*

Phillip A. Greenblatt, Esq. (P54170)
*Attorneys for Plaintiff*
Post Office Box 4270
Southfield, Michigan 48037
(248) 227-7350
phil@phillipagreenblattpllc.com

Date: July 6, 2026

DYKEMA GOSSETT PLLC

By: /s/ *Omar R. Seifeldin* (w/consent)

Omar R. Seifeldin (P88118)
*Attorneys for Defendant*
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
(248) 503-0530
oseifeldin@dykema.com

Date: July 6, 2026