Exhibit 7 – Bank of America Letter Dated March 27, 2025

BANK OF AMERICA
TX1-160-04-01
PO Box 655961
Dallas, TX 75265-9502

Update on your claim

STEVEN J REZNIK
31315 TAMARACK ST APT 1314
WIXOM, MI 48393-2520

**Date**
March 27, 2025

**Account ending in**
3187

**Claim Number**
04MAR2025 142918

## STEVEN , we had some success in recovering your funds. We received $170,700.00 and have credited your account.

### What you need to know

- We now consider your inquiry closed.
- If the party that originally received the funds disagrees with them being returned to you, as described in the Indemnity Agreement, you'll be responsible for any action taken.

### Your security is our priority

Together, we can make the strongest possible defense against fraud. You can take simple steps like using strong, unique passwords for Online and Mobile Banking, and by confirming the email address and mobile number we have are up to date. You can also sign up for customized alerts to let you know when something unusual happens with your account.

### Helpful tips to avoid potential scams

If you provide your information or send money to a scammer, there is often little we can do to help get your money back, therefore:

**Never trust caller ID.** Always validate a person's organization by calling them back through an official phone number.

- Scammers may pose as government officials, law enforcement or even Bank of America employees to steal your personal information.

**Know how to identify red flags.** In many of the most common types of scams, you may be:

- Pressured to send money
- Threatened with law enforcement action
- Told to purchase gift cards and provide codes as a form of payment
- Asked to cash a check for a stranger
- Instructed to make a cash deposit for sweepstakes
- Offered more than you are asking for something with a request to send the overpayment elsewhere

For more detailed information on how to prevent fraud visit us at https://www.bankofamerica.com/privacy/fraud-prevention-checklist.go

### We're here to help

If you have questions, please call us at 800.317.6345, Monday through Friday, 8 a.m. to 8 p.m. Eastern.

Thank you for being our customer.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

[illegible] contract for additional information. The Agreement is available to all clients on our website at bankofamerica.com/deposits/resources/deposit-agreements go.

Mr. Reznik, on March 27, 2025, we successfully recovered $170,700.00, and applied it to your account ending in 3187. We now consider the above-mentioned claims resolved and closed. As such, we must respectfully decline your request for reimbursement of the cash withdrawals totaling $75,000.00

We regret learning that you may have been the victim of a scam. Although no one expects to be victimized, it is important for consumers to be aware of the circumstances under which they transact business. We recommend that you file a police report if you have not already done so. Bank of America will fully cooperate with any law enforcement agency if we are contacted about a fraud investigation.

It is also important to know the difference between fraud and scams. Fraud occurs when a transaction is made on a client's account without their knowledge. However, scams involve someone deceiving a client into willingly sending them money. If you initiate a transfer or make a payment to a scammer, the transaction is considered authorized and leaves Bank of America with little to no recourse to recover the funds. For more information on how to avoid potential scams, you may visit our website at: bankofamerica.com/security-center/avoid-bank-scams/.

Thank you for sharing the details of your experience. We regret any inconvenience you may have encountered because of this matter and any service provided that did not meet your expectations.

## We're here to help

If there's anything else you need, please contact me at 877.430.1431, extension 437843, Monday through Friday, 8:00 a.m. to 4:30 p.m. Pacific.

Gustavo Guardado
Resolution Specialist
Regulatory Complaints

cc: Office of the Comptroller of the Currency / Case Number: CS0374095