Exhibit 8 – Victim Email Chain From March 4, 2025 through March 21, 2025

3/21/25 Email to Wixom — to reach out to Tyler Keen

**Steve Reznik (IT - TOp PlsMDM)**

| | |
|---|---|
| **From:** | Steve Reznik (IT - TOp PlsMDM) |
| **Sent:** | Friday, March 21, 2025 3:16 PM |
| **To:** | dcaldwell@wixomgov.org |
| **Cc:** | Steve Reznik; Steve Reznik (IT - TOp PlsMDM) |
| **Subject:** | Bank of America contact |
| **Importance:** | High |

Hello Again Sgt. Caldwell-

I have been in touch with the following person at BofA Fraud that indicated they believe they know at least one of the scammers and want to ensure all law enforcement is involved to proceed. He asked that I reach out to you so hopefully you can contact him at your earliest convenience to move forward on this. Again, my case number is 25-1271.

Here is his contact information:

Tyler Keen
Vice President-Senior Internal Investigator
Internal Enterprise Investigations, Fraud & Abuse Investigations
Jacksonville, FL
(904)987-4430 desk
tyler.keen2@bofa.com

BANK OF AMERI

Please reach out to me directly and/or my brother Philip who I know has been in touch with you as well. Let me know if there is anything I can provide or assist with.

Thank you again for all your help and guidance along the way!

Steve Reznik
734.645.0801

**From:** Steve Reznik (IT - TOp PlsMDM)
**Sent:** Thursday, March 6, 2025 8:13 AM
**To:** dcaldwell@wixomgov.org
**Cc:** Steve Reznik <rezniks57@gmail.com>; Steve Reznik (IT - TOp PlsMDM) <Steve.Reznik@dominos.com>
**Subject:** RE: Chase check
**Importance:** High

Hello Sgt. Caldwell-We were on the phone with the Bank of America Fraud Team yesterday and she was able to send over copies of the two cashier checks (front and back) in question which I have attached here. There are many fields that we don't know exactly what they indicate so my brother Philip Reznik will be reaching out to you again for clarity on this data and whether any of it may be helpful towards restitution.

Again, this is for case 25-1271.

Thanks again for your time.

Steve Reznik
734.645.0801

---

**From:** Steve Reznik (IT - TOp PlsMDM)
**Sent:** Tuesday, March 4, 2025 11:07 AM
**To:** dcaldwell@wixomgov.org
**Cc:** Steve Reznik <rezniks57@gmail.com>; Steve Reznik (IT - TOp PlsMDM) <Steve.Reznik@dominos.com>
**Subject:** Chase check
**Importance:** High

Hi officer Caldwell-I am also sending you a picture of the one Chase cashier check also part of this scam:

And I have requested affadavit/authorization forms from both banks now.

Thanks,
Steve

---

**From:** Steve Reznik (IT - TOp PlsMDM)
**Sent:** Tuesday, March 4, 2025 9:56 AM
**To:** dcaldwell@wixomgov.org
**Cc:** Steve Reznik (IT - TOp PlsMDM) <Steve.Reznik@dominos.com>
**Subject:** BofA cashier checks

Here is a picture of the two BofA checks.

Thanks,
Steve

**Steve Reznik**
New Store Openings
Dominos Technology

Email: steve.reznik@dominos.com